**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE MCCRARY (State Bar No. 262670)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Attorneys for Plaintiff, ROHINI KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>            v.<br><br>SALOV NORTH AMERICA CORP.; and ITALFOODS, INC.,<br><br>    Defendants. | CASE NO. 4:14-cv-02411-YGR<br><br>NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ITALFOODS, INC. |

1  PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i), Plaintiff Rohini Kumar
2  hereby dismisses, without prejudice, Defendant ItalFoods, Inc. ("ItalFoods") from the above-
3  captioned litigation.  Plaintiff avers that Defendant ItalFoods has not responded to Plaintiff's
4  complaint.  Nor has ItalFoods filed a motion for summary judgment.  Accordingly, this matter
5  may be dismissed without prejudice and without an Order of the Court.

6  Dated:  July 14, 2014                                    **GUTRIDE SAFIER LLP**

10                                                          _____
                                                            Adam J. Gutride, Esq.
                                                            Seth A. Safier, Esq.
11                                                          Marie McCrary, Esq.
                                                            Kristen G. Simplicio, Esq.
12                                                          835 Douglass Street
                                                            San Francisco, California 94114

                                                            Attorneys for Plaintiff

# PROOF OF SERVICE

I, Seth A. Safier, declare:

My business address is 835 Douglass Street, San Francisco, California. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause.

On July 14, 2014, I served the following documents:

**NOTICE OF VOLUNTARILY DISMISSAL, WITHOUT PREJUDICE, OF ITALFOODS, INC.**

ON THE FOLLOWING PERSON(S) IN THIS ACTION BY PLACING A TRUE COPY THEREOF AS FOLLOWS:

SEAN COMMONS
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
scommons@sidley.com

[x]   BY ELECTRONIC MAIL. I caused said documents to be transmitted by electronic mail to the email address indicated after the address(es) via ECF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on July 14, 2014, at San Francisco, California.

/s/Seth A. Safier
_____
Seth A. Safier, Esq.
835 Douglass Street
San Francisco, California 94114

Attorneys for Plaintiff