**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE MCCRARY (State Bar No. 262670)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiff, ROHINI KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SALOV NORTH AMERICA CORP.,<br><br>Defendant. | Case No. 4:14-CV-02411 YGR<br><br>**ERRATA TO COMPLAINT** |

ERRATA TO COMPLAINT

Please take notice that Plaintiff Rohini Kumar hereby files this Notice of Errata with respect to her Complaint, filed May 23, 2014. Paragraph 18 of the complaint should read as follows:

18. The subset of the Products that are marketed and sold as "Extra Virgin Olive Oil"—namely those listed in subparagraphs (b) and (d)—are collectively referred to herein as the "Mock EVOO Products."

Dated: August 14, 2014

**GUTRIDE SAFIER LLP**

_____
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Marie A. McCrary, Esq.
Kristen G. Simplicio, Esq.
835 Douglass Street
San Francisco, California 94114

Attorneys for Plaintiff

ERRATA TO COMPLAINT