UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROHINI KUMAR**,<br>          Plaintiff,<br>    v.<br>**SALOV NORTH AMERICA CORP**,<br>          Defendant. | Case No.  14-cv-02411-YGR<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE PRE-TRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 35 |

On October 14, 2014, Plaintiff Rohini Kumar filed his Motion for Relief from Non-Dispositive Pre-Trial Order of Magistrate Judge Nathanael M. Cousins ("Motion for Relief"), specifically Magistrate Judge Cousins' Order Granting Defendant's Request for Temporary Stay of Discovery (Dkt. No. 31).  The Court, having carefully reviewed Plaintiff's Motion for Relief and documents submitted in support thereof, as well as the underlying Order of Magistrate Judge Cousins, **DENIES** the Motion for Relief.

A non-dispositive order of a magistrate judge is reviewed by the District Court under the clearly erroneous or contrary to law standard.  *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Plaintiff has not demonstrated that the Order Granting Defendant's Request for Temporary Stay of Discovery issued by Magistrate Judge Cousins is clearly erroneous or contrary to law.  The Court has not yet ruled on Defendant's motion to dismiss, which the Court took under submission on September 30, 2014.

**IT IS SO ORDERED.**

Dated: October 21, 2014

                                                     _____<br>
                                                     **YVONNE GONZALEZ ROGERS**<br>
                                                     **UNITED STATES DISTRICT COURT**