# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROHINI KUMAR,** individually and on behalf of the general public and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**SALOV NORTH AMERICA CORP.**,<br><br>Defendants. | Case No.: 14-CV-2411- YGR<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

A case management conference in this action is scheduled for Monday, February 9, 2015. In light of the Court's February 3, 2015 Order Granting In Part and Denying In Part Defendant's Motion to Dismiss, the parties are directed to meet and confer on the impact of that Order on the litigation and their positions as stated in their Joint Case Management Conference Statement filed February 2, 2015. No later than **February 5, 2015**, the parties shall either:

(1) file a supplemental case management conference statement for the February 9, 2015 case management conference; or

(2) file a joint request that the case management conference be continued to Wednesday, February 25, 2015 at 2:00 p.m., with a supplemental joint case management statement to be filed no later than February 18, 2015.

**IT IS SO ORDERED**.

Dated: February 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**