**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROHINI KUMAR,** individually and on behalf of the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>**SALOV NORTH AMERICA CORP.**,<br><br>    Defendants. | Case No.: 14-CV-2411- YGR<br><br>**ORDER DENYING JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE; CONTINUING OCTOBER 1, 2015 DEADLINE ONLY** |

Plaintiff Rohini Kumar ("Plaintiff") and Defendant Salov North America Corp. ("SNA" or "Defendant") submitted their stipulation on September 23, 2015 (Dkt. No. 57), seeking to continue deadlines related to class certification by about six weeks. The parties offered no explanation of why such a continuance is requested. In the absence of any good cause, the request to continue the deadlines is **DENIED**.

In light of the impending dates, the Court will continue ONLY the deadline for Plaintiff's Expert Report in Support of Class Certification from October 1, 2015 to October 8, 2015.

**IT IS SO ORDERED**.

Dated: September 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**