**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROHINI KUMAR,** individually and on behalf of the general public and those similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**SALOV NORTH AMERICA CORP.**,<br><br>　　　　Defendants. | Case No.: 14-CV-2411- YGR<br><br>**ORDER DENYING STIPULATION TO CONTINUE BRIEFING AND HEARING ON DEFENDANT'S MOTION TO STAY** |

　　　The Court having reviewed the stipulation of the parties regarding their basis for a proposed continuance of the hearing and briefing schedule on Defendant's pending motion to stay, the request is **DENIED** for lack of good cause. (Dkt. No. 73.) The Court previously ordered that this matter was stayed temporarily until the motion to stay is resolved. (*See* Dkt. No. 70.) The parties' current stipulation, in effect, would extend that temporary stay without good cause. The pendency of a similar motion in a similar matter before another judge of this Court does not provide good reason for delaying the Court's decision on the motion herein.

　　　This decision is without prejudice to the parties seeking to modify the hearing or briefing schedule for other reasons establishing good cause.

　　　This order terminates Docket No. 73.

　　　**IT IS SO ORDERED**.

Dated: December 7, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**