Mark E. Haddad, SBN 205945
mhaddad@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
Nitin Reddy, SBN 229451
nreddy@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Attorneys for**
**SALOV NORTH AMERICA CORP., INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>SALOV NORTH AMERICA CORP.,<br><br>            Defendant. | Case No. 4:14-cv-02411-YGR<br><br>Assigned to: Hon. Yvonne Gonzalez Rogers<br>ORDER GRANTING<br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br> AS MODIFIED BY THE COURT |

Plaintiff Rohini Kumar ("Plaintiff") and Defendant Salov North America Corp. ("Defendant") hereby stipulate as follows:

**WHEREAS**, on December 15, 2015, the Court set a briefing schedule for class certification as follows: Plaintiff shall file the Motion for Class Certification no later than January 19, 2016; Defendant's Opposition shall be filed no later than February 23, 2016; Plaintiff's Reply shall be filed no later than March 22, 2016; and hearing on the motion for class certification is set for April 12, 2016, at 2:00p.m. [Dkt. # 77];

**WHEREAS**, on January 19, 2016, concurrently with her Motion for Class Certification, Plaintiff filed the Declaration of Colin B. Weir, her damages expert, in support thereof [Dkt. # 84-35-38];

**WHEREAS**, on January 26, 2016, Defendant served a subpoena requesting a deposition of Colin B. Weir on February 9, 2016, as well as the production of documents used or relied upon by Mr. Weir in connection with preparing his report;

**WHEREAS,** on January 28, 2016, Plaintiff informed Defendant that Mr. Weir is unavailable for deposition the week of February 8, 2016 and stated that Mr. Weir was unavailable prior to February 16, 2016 for a deposition;

**WHEREAS**, on January 28, 2016, counsel for Defendant informed Plaintiff that they were unavailable on February 16, 2016, and proposed alternative deposition dates for that week, and requested the production of Mr. Weir's documents in advance of the deposition;

**WHEREAS**, on February 2, 2016, Plaintiff informed Defendant that Mr. Weir is travelling outside of the United States until February 8, 2016, which has complicated scheduling and production of documents, and that Mr. Weir was not available on alternative dates proposed by Defendant;

**WHEREAS**, at the earliest, Mr. Weir appears to be available for deposition on February 23 or 24, 2016, and counsel for the parties have agreed for it to occur on February 24, 2016;

**WHEREAS**, to allow Defendant an opportunity to examine Mr. Weir adequately in advance of the due date of their opposition, the parties have met and conferred and

respectfully request a short extension of the class certification briefing schedule by three weeks;

**NOW, THEREFORE, IT IS STIPULATED**, by and between the undersigned parties, though their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), and consistent with the Court's civility guidelines, that the Court set the following deadlines regarding class certification:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Defendant's Opposition to Class Certification Due | February 23, 2016 | March 15, 2016 |
| Plaintiff's Reply in Support Class Certification Due | March 22, 2016 | April 12, 2016 |
| Hearing on Motion for Class Certification | April 12, 2016 at 2:00 p.m. | ~~May 3, 2016~~ May 10, 2016 at 2pm |

Dated: February 8, 2016                    SIDLEY AUSTIN LLP


By: /s/Sean A. Commons*
    Sean A. Commons
    Attorneys for Defendant
    SALOV NORTH AMERICA CORP., INC.

Dated: February 8, 2016                    GUTRIDE SAFIER LLP


By: /s/Adam Gutride
    Adam Gutride
    Attorneys for Plaintiff
    ROHINI KUMAR

* Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# [PROPOSED] ORDER

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING AS MODIFIED HEREIN, IT IS SO ORDERED.**

Dated: February 9, 2016

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT