| | |
|---|---|
| 1 | Mark E. Haddad, SBN 205945 |
| | mhaddad@sidley.com |
| 2 | Sean A. Commons, SBN 217603 |
| | scommons@sidley.com |
| 3 | Nitin Reddy, SBN 229451 |
| | nreddy@sidley.com |
| 4 | **SIDLEY AUSTIN LLP** |
| | 555 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, California  90013 |
| | Telephone:  (213) 896-6000 |
| 6 | Facsimile:  (213) 896-6600 |

**Attorneys for SALOV NORTH AMERICA CORP., INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated, | Case No. 4:14-cv-02411-YRG |
| | Assigned to: Hon. Yvonne Gonzalez Rogers |
| Plaintiff, | ORDER GRANTING **JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE** |
| vs. | |
| SALOV NORTH AMERICA CORP., | |
| Defendant. | |

Plaintiff Rohini Kumar ("Plaintiff") and Defendant Salov North America Corp. ("Defendant") hereby stipulate as follows:

**WHEREAS**, on December 15, 2015, the Court set a briefing schedule for class certification as follows: Plaintiff shall file the Motion for Class Certification no later than January 19, 2016; Defendant's Opposition to Class Certification shall be filed no later than February 23, 2016; Plaintiff's Reply in Support of Class Certification shall be filed no later than March 22, 2016; and hearing on the motion for class certification is set for April 12, 2016, at 2:00p.m. [Dkt. # 77];

**WHEREAS**, on February 9, 2016, the Court approved the parties' stipulation to extend the due date for Defendant's Opposition from February 23 until March 15, to permit Defendant to depose Plaintiff's economics expert Colin B. Weir, and accordingly moved the reply and hearing dates to April 12, 2016 and May 10, 2016 respectively [Dkt. # 87];

**WHEREAS**, the stipulated extension provided three weeks from the date of Mr. Weir's deposition (February 24) for Defendant to file its opposition brief;

**WHEREAS**, on March 15, Defendant filed its opposition to class certification along with a supporting declaration from their economics expert, Keith R. Ugone;

**WHEREAS**, on March 16, Plaintiff's counsel asked Defendant to provide dates on which Dr. Ugone would be available for deposition;

**WHEREAS**, the first available date on which Dr. Ugone and all parties' counsel are available for deposition is April 19, 2016;

**WHEREAS**, to allow Plaintiff an opportunity to examine Dr. Ugone in advance of the Reply brief and for Mr. Weir to prepare a reply declaration,[1] the parties have met and conferred, and Plaintiff respectfully requests a short extension of the class certification briefing schedule to permit Plaintiff an equivalent three-week period between the deposition of Defendant's expert and the filing of Plaintiff's reply;

**NOW, THEREFORE, IT IS STIPULATED**, by and between the undersigned

---

[1] Defendant reserves the right to object to any reply declaration.

parties, though their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), and consistent with the Court's civility guidelines, that the Court set the following deadlines regarding class certification:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Reply in Support Class Certification Due | April 12, 2016 | May 10, 2016 |
| Hearing on Motion for Class Certification | May 10, 2016 at 2:00 p.m. | May 24, 2016 at 2:00 p.m. |

Dated: March_28_, 2016                               SIDLEY AUSTIN LLP

By: /s/ Sean Commons
    Sean Commons
    Attorneys for Defendant
    SALOV NORTH AMERICA CORP., INC.

Dated: March 28_, 2016                               GUTRIDE SAFIER LLP

By: /s/ Adam Gutride
    Adam Gutride
    Attorneys for Plaintiff
    ROHINI KUMAR

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED**

Dated: March 29, 2016            _____
                                 THE HONRABLE YVONNE GONZALEZ ROGERS
                                 UNITED STATES DISTRICT COURT