1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**ROHINI KUMAR,** individually and on behalf of the general public and those similarly situated,

      Plaintiff,

   vs.

**SALOV NORTH AMERICA CORP.,**

     Defendants.

Case No.: 14-CV-2411- YGR

**ORDER DIRECTING FURTHER SUBMISSION ON PENDING MOTIONS TO SEAL**

In connection with the pending motion for class certification, the parties have submitted Administrative Motions to File Under Seal pursuant to Civil Local Rule 79-5.  (Dkt. Nos. 84, 97, and 108.)  Civil Local Rule 79-5(e) provides:

> If the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party…[w]ithin 4 days of the filing of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.

N.D. Cal. Civ. L. R. 79-5(e)(1).  Here, on both Plaintiff's and Defendant's motions, no declarations in compliance with the requirement stated in Civil Local Rule 79-5(e)(1) have been filed.  Moreover, the declaration submitted in connection with Defendant's motion fails to set forth a sufficient basis to establish good cause for sealing all the matters it has designated confidential or highly confidential and therefore seeks to seal.

The Designating Parties shall file any additional declarations in support of these motions no later than **5:00 p.m. on Monday, May 23, 2016**.  Failure to file adequate supporting declarations will result in denial of the motion(s) at issue.

**IT IS SO ORDERED**.

Dated: May 19, 2016

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California