UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SALOV NORTH AMERICA CORP.,<br><br>　　　　　Defendant. | Case No. 4:14-cv-02411-YGR<br><br>Assigned to: Hon. Yvonne Gonzalez Rogersa<br>AMENDED<br>**ORDER GRANTING PENDING MOTIONS TO SEAL**<br><br>Dkt. Nos. 84, 97, 108 |

The Court having considered Plaintiff's and Defendant's (the "Parties") administrative motions to file documents under seal (Dkt. Nos. 84, 97, 108, 113, 114), and good cause appearing,

**IT IS ORDERED THAT** the parties may file portions of the following documents under seal, and shall file redacted public versions of the documents and unredacted versions under seal, consistent with this order no later than **July 11, 2016**.

| Portion Designated Confidential Defendant |
| --- |
| Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification |
| Page 2, lines 17-20 |
| Page 3, lines 1-2 |
| Page 5, lines 2-3 |
| Page 5, lines 6-9 |
| Page 5, line 10 |
| Page 5, lines 10-12 |
| Page 5, lines 13-18 |
| Page 5, lines 19-23 |
| Page 5, footnote 7 (first redaction) |
| Page 5, footnote 7 (second redaction) |
| Page 6, lines 7-9 |
| Page 6, lines 10-11 |
| Page 6, lines 12-15 |
| Page 6, lines 15-20 |
| Page 6, lines 21-22 |
| Page 6, lines 22-24 |

| |
|---|
| Page 6, line 25 - Page 7, line 2 |
| Page 6, footnote 8 |
| Page 7, lines 2-4 |
| Page 7, lines 4-6 |
| Page 7, lines 7-9 |
| Page 7, lines 9-12 |
| Page 7, line 20 |
| Page 7, line 23 |
| Page 7, footnote 9 |
| Page 10, lines 7-8 |
| Page 19, lines 1-4 |
| **Declaration of Kristen G. Simplicio** |
| Exhibit 6 |
| Exhibit 7 |
| Exhibit 8: |
|    p. 62:18-22 |
|    p. 62:25-63:22 |
|    p. 63:25-64:14 |
|    p. 70:9-15 |
|    p. 70:17-73:4 |
|    p. 73:7-18 |
|    p. 73:21-25 |
|    p. 169:5-9 |

| |
|---|
| p. 169:11-25 |
| p. 237:1-15 |
| p. 237:18-238:23 |
| Exhibit 9: |
| p. 369:13-17 |
| p. 369:19-21 |
| Exhibit 14 |
| Exhibit 15 |
| Exhibit 16 |
| Exhibit 17 |
| Exhibit 18 |
| Exhibit 19 |
| Exhibit 20 |
| Exhibit 21 |
| Exhibit 22 |
| Exhibit 23 |
| Exhibit 24 |
| Exhibit 26: |
| Page 4, paragraph 12 |
| Page 5, paragraph 13 |
| Page 5, paragraph 14 |
| Page 5, paragraph 15 |
| Page 5, paragraph 16 |

| |
|---|
| Page 5, footnote 15 |
| Page 13, paragraph 49 |
| Page 15, paragraph 57 |
| Page 16, paragraph 59 |
| Page 16, paragraph 60 |
| Page 17, paragraph 61 |
| Page 17, paragraph 62 |
| Page 17, paragraph 63 |
| Page 17, footnote 42 |
| Page 20, table 1 |
| Page 20, paragraph 74 |
| Page 22, table 2 |
| Page 23, table 3 |
| **Reply in Support of Plaintiff's Motion for Class Certification** |
| Page 6, lines 15-17 |
| Page 6, line 22 |
| Page 6, footnote 8 |
| **Reply Declaration of Colin Weir** |
| Page 5, paragraph 16 |
| Page 8, paragraph 20 |
| Page 8, paragraph 21 |
| Page 9, paragraph 22 |

| | |
|---|---|
| 1 | Page 9, paragraph 23 |
| 2 | Page 10, table 2 |
| 3 | Page 13, paragraph 31 |
| 4 | Page 21, paragraph 50 |
| 5 | Page 21, paragraph 51 |
| 6 | Page 23, paragraph 54 |
| 7 | Page 24, table 3 |
| 8 | Page 31, table 4 |
| 9 | Page 32, paragraph 70 |
| 10 | Page 33, paragraph 73 |
| 11 | Page 35, paragraph 75 |
| 12 | Page 36, table 5 |
| 13 | Page 37, table 6 |
| 14 | Page 37, paragraph 77 |
| 15 | Page 41, paragraph 88 (only as to IRI redaction) |
| 16 | Page 42, paragraph 91 |
| 17 | Page 43, table 7 |
| 18 | Page 44, table 8 |
| 19 | Exhibit 2 |

**IT IS SO ORDERED.**

Dated:  July 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**