**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI (State Bar No. 181547)
JEFFREY D. KALIEL (State Bar No. 238293)
ANDREW J. SILVER (*pro hac vice*)
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorneys for Plaintiff ROHINI KUMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SALOV NORTH AMERICA CORP.,<br><br>Defendant. | CASE NO. 4:14-cv-02411-YGR<br><br>DECLARATION OF KRISTEN SIMPLICIO IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Date: April 12, 2016<br>Time: 2:00 p.m.<br>Courtroom 1<br><br>Hon. Judge Yvonne Gonzalez Rogers |

I, Kristen Simplicio, declare:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and am an attorney with the law firm Gutride Safier LLP. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. The labels appearing in Appendix A are true and correct copies of Bates Nos. SNA-0000043-46, SNA-0000065-75, SNA-0000077-84, SNA-0000123-131, and SNA-0000133, produced by Defendant Salov North America, Inc. ("Salov"). Documents SNA-0000065-66 and SNA-0000133 have been designated confidential by Salov.

3. Attached hereto as Exhibit 1 is a true and correct copy of the website: http://www.filippoberio.com/ourproducts, obtained on January 18, 2016.

4. Attached hereto as Exhibit 2 is a true and correct copy of Salov's Objections and Responses to Plaintiff's First Set of Interrogatories, dated February 27, 2015.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Volume One of the Deposition of Thomas Mueller, portions of which have been designated confidential by Salov.

6. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's First Set of Interrogatories to Salov, issued on August 28, 2014.

7. Attached hereto as Exhibit 5 is a true and correct copy of an October 14, 2015, letter from Sean Commons to Anna Haac.

8. Attached hereto as Exhibit 6 is a true and correct copy of Bates No. SALOV-0005931-53, which has been designated confidential by Salov.

9. Attached hereto as Exhibit 7 is a true and correct copy of Bates No. SALOV-0000804-72, which has been designated highly confidential by Salov.

10. Attached hereto as Exhibit 8 is a true and correct copy excerpts of the Deposition of David Scheiber, portions of which have been designated confidential by Salov.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Volume Two of the Deposition of Thomas Mueller, all of which have been designated confidential by Salov.

12. Attached hereto as Exhibit 10 is a true and correct copy of Bates No. SALOV-0008353, which has been designated confidential by Salov.

13. Attached hereto as Exhibit 11 is a true and correct copy of Letter N130295, dated November 24, 2010, obtained from the website for the Customs and Border Protection division of the United States Department of Homeland Security.

14. Attached hereto as Exhibit 12 is a true and correct copy of Letter HQ560944, dated April 27, 1998, obtained from the website for the Customs and Border Protection division of the United States Department of Homeland Security.

15. Attached hereto as Exhibit 13 is a true and correct copy of Bates No. SALOV-0009933-45, which has been designated confidential by Salov.

16. Attached hereto as Exhibit 14 is a true and correct copy of Bates No. SALOV-0006167-70, which has been designated confidential by Salov.

17. Attached hereto as Exhibit 15 is a true and correct copy of Bates No. SALOV-0007357-59, which has been designated confidential by Salov.

18. Attached hereto as Exhibit 16 is a true and correct copy of Bates No. SALOV-0028912-13, which has been designated confidential by Salov.

19. Attached hereto as Exhibit 17 is a true and correct copy of Bates No. SALOV-0009153-54, which has been designated confidential by Salov.

20. Attached hereto as Exhibit 18 is a true and correct copy of Bates No. SALOV-0027975-76, which has been designated confidential by Salov.

21. Attached hereto as Exhibit 19 is a true and correct copy of Bates No. SALOV-0006357-58, which has been designated confidential by Salov.

22. Attached hereto as Exhibit 20 is a true and correct copy of Bates No. SALOV-0005698-5729, which has been designated confidential by Salov.

23. Attached hereto as Exhibit 21 is a true and correct copy of Bates No. SALOV-0008691-8711, which has been designated highly confidential by Salov.

24. Attached hereto as Exhibit 22 is a true and correct copy of Bates No. SALOV-0014166-93, which has been designated highly confidential by Salov.

25. Attached hereto as Exhibit 23 is a true and correct copy of Bates No. SALOV-0011094-11141, which has been designated confidential by Salov.

26. Attached hereto as Exhibit 24 is a true and correct copy of Bates No. SALOV-0025454-80, which has been designated highly confidential by Salov.

27. Attached hereto as Exhibit 25 is a true and correct copy of excerpts of the Deposition of Rohini Kumar.

28. Attached hereto as Exhibit 26 is a true and correct copy of Salov's Supplemental Responses to Plaintiff's First Set of Interrogatories, which have been designated highly confidential by Salov.

29. Attached hereto as Exhibit 27 is a true and correct copy excerpts of the Deposition of Andrea Rodda, portions of which have been designated confidential by Salov.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January, 2016, at Berkeley, California.

/s/ Kristen Simplicio
KRISTEN SIMPLICIO, ESQ.