**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROHINI KUMAR,** individually and on behalf of the general public and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**SALOV NORTH AMERICA CORP.**,<br><br>Defendants. | Case No.: 14-CV-2411- YGR<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE RE: PRELIMINARY APPROVAL, AS MODIFIED BY THE COURT**<br><br>**DKT. NO. 141** |

The Joint Administrative Motion and Stipulation to Advance the Hearing the Hearing Date of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement (Dkt. No. 141) is **GRANTED**.

The Court **RESETS** the hearing on the motion for preliminary approval, currently set for February 6, 2017, to **January 24, 2017**, at 2:00 p.m. The requested date of January 23, 2017, is a Monday; the Court's regular civil law and motion calendar is Tuesdays at 2:00 p.m.

The parties are directed to revise the relevant dates in their notices and proposed order on the motion for preliminary approval to account for a final approval hearing on an available Tuesday calendar and submit such revisions in advance of hearing. The Court notes that the proposed final approval hearing date stated in the motion for preliminary approval (May 29, 2017) is both a Monday and a national holiday.

**IT IS SO ORDERED.**

Dated: January 6, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**