**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE MCCRARY (State Bar No. 262670)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Attorneys for Plaintiff, ROHINI KUMAR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SALOV NORTH AMERICA CORP.<br><br>Defendant. | Case No. 4:14-CV-02411 YGR<br><br>**JOINT STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>Assigned to Hon. Yvonne Gonzalez Rogers |

Plaintiff Rohini Kumar ("Plaintiff") and Defendant Salov North America Corp. ("SNA" or "Defendant") hereby stipulate as follows:

**WHEREAS**, on December 30, 2016 the parties entered into a proposed Settlement Agreement (Dkt. 140-1 at Ex. 1) ("Settlement Agreement"), which calls for the filing of an amended complaint asserting nationwide claims consistent with the proposed nationwide settlement class contemplated by the Settlement Agreement;

**WHEREAS,** capitalized terms herein have the same meanings set forth in the Settlement Agreement;

**WHEREAS**, Plaintiff has proposed filing the attached amended complaint to accomplish such goals;

**WHEREAS**, pursuant to the Settlement Agreement, SNA is not required to file an answer or otherwise respond to the Amended Complaint (Dkt. 140-1 at Ex. 1, §7.1); and

**WHEREAS**, pursuant to the Settlement Agreement, in the event that Preliminary Approval is denied, Final Approval is denied, or a remitter is issued reversing an award of Final Approval, or the Settlement Agreement otherwise is terminated, the attached Amended Complaint will be deemed withdrawn (Dkt. 140-1 at Ex. 1, §7.1) and Plaintiff shall file a similar amended complaint alleging claims under California law on behalf of "All natural persons in California who purchased liquid Filippo Berio brand olive oil of any grade except 'Organic' between May 23, 2010 and June 30, 2015, except for purposes of resale";

**NOW, THEREFORE, IT IS STIPULATED**, by and between the undersigned parties, through their respective counsel of record, that, pursuant to Rules 15(a)(2) and 16 of the Rules of Civil Procedure, upon entry of an order granting Preliminary Approval, Plaintiff be allowed to file the attached Amended Complaint and that SNA be relieved of any obligation to respond to the Amended Complaint.

| | | |
|---|---|---|
| Dated: January 17, 2017 | | GUTRIDE SAFIER LLP<br>Seth A. Safier<br>Marie McCrary<br>Kristen G. Simplicio |
| | | By:  /s/ Kristen Simplicio |
| | | Kristen Simplicio<br>Attorneys for Plaintiff<br>ROHINI KUMAR |
| Dated:  January 17, 2017 | | SIDLEY AUSTIN LLP<br>Mark E. Haddad<br>Sean A. Commons<br>Nitin Reddy<br>Collin P. Wedel |
| | | By:  /s/ Nitin Reddy<br>       Nitin Reddy |
| | | Attorneys for Defendant<br>SALOV NORTH AMERICA CORP. |

\* Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**[PROPOSED] ORDER**

Pursuant to Rules 15(a)(2) and 16 of the Rules of Civil Procedure, and the Court's inherent authority to manage its docket, and **GOOD CAUSE APPEARING THEREFOR**,

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE YVONNE GONZALES ROGERS
UNITED STATES DISTRICT JUDGE