January 18, 2017

**VIA ELECTRONIC MAIL**

Hon. Yvonne Gonzalez Rogers
c/o Frances Stone, Calendar Clerk and Courtroom Deputy
U.S. District Court for the Northern District of California
Oakland Division
1301 Clay Street
Oakland, CA 94612
ygrcrd@cand.uscourts.gov

    Re:    *Kumar v. Salov North America Corp.*
             Case No.  14-cv-2411

Dear Judge Gonzalez Rogers:

    The parties presently have a hearing on Plaintiff's Motion for Preliminary Approval of the Class Action Settlement on January 24, 2017 and a Case Management Conference scheduled for January 30, 2017. In light of the pending settlement, the parties do not have any case management matters to discuss at this time and agree that it should be vacated. I spoke with your clerk, who recommended that the parties file a request to have the matter be removed from the calendar.

    Please let me know if you require anything additional from the parties. We appreciate your consideration of this request.

Sincerely yours,

Kristen Simplicio

cc:  All counsel of record