# EXHIBIT 3

| | Kumar v. Salov | | | |
|---|---|---|---|---|
| **Expense** | | | | |
|   **Arbitrators/Mediators (E121)** | 8,500.00 | | | |
| | | 10/11/16 | Randall Wulff | 8,500.00 |
|   **Court Fees (E112)** | 400.00 | | | |
| | | 5/23/14 | US DC | 400 |
|   **Delivery Svcs & Msgrs (E107)** | 3,013.50 | | | |
| | | 06/05/2014 | S&R Services | 55.00 |
| | | 06/10/2014 | S&R Services | 55.00 |
| | | 08/14/2014 | S&R Services | 85.00 |
| | | 09/05/2014 | Janney and Janney | 36.50 |
| | | 10/01/2014 | S&R Services | 65.00 |
| | | 10/01/2014 | S&R Services | 65.00 |
| | | 10/15/2014 | S&R Services | 65.00 |
| | | 10/29/2014 | A and A Legal Service | 2,080.00 |
| | | 05/01/2015 | A and A Legal Service | 230.50 |
| | | 12/14/2015 | S&R Services | 65.00 |
| | | 06/06/2016 | S&R Services | 85.00 |
| | | 01/04/2017 | S&R Services | 126.50 |
| | | | | 3,013.50 |
|   **Deposition Transcripts (E115)** | 4,269.05 | | | |
| | | 11/19/2014 | Diane Skillman | 92.15 |
| | | 03/07/2016 | DTI | 356.00 |
| | | 05/26/2016 | Nogara Reporting Service | 1,513.05 |
| | | 06/09/2016 | Masterphil's Media | 350.00 |
| | | 09/01/2016 | DTI | 1,957.85 |
| | | | | 4,269.05 |
|   **Experts (E119)** | 39,396.30 | | | |
| | | 05/01/2014 | Australian Oils Research | 801.09 |
| | | 11/07/2015 | Economics and Technology Inc. | 8,833.34 |
| | | 03/01/2016 | Economics and Technology Inc. | 4,050.00 |
| | | 05/12/2016 | Economics and Technology Inc. | 8,831.25 |
| | | 07/01/2016 | Economics and Technology Inc. | 8,574.38 |
| | | 03/10/2017 | Economics and Technology Inc. | 2,456.24 |
| | | 04/05/2017 | Economics and Technology Inc. | 600.00 |
| | | Bill Pending | Economics and Technology Inc. | 5,250.00 |
| | | | | 39,396.30 |
|   **Litigation Sup Vendors (E118)** | 8,098.34 | | | |
| | | 07/01/2015 | Logik Systems | 498.34 |
| | | 07/08/2015 | Logik Systems | 373.75 |
| | | 09/29/2015 | Logik Systems | 373.75 |
| | | 10/21/2015 | Logik Systems | 373.75 |
| | | 01/06/2016 | Logik Systems | 1,121.25 |
| | | 03/23/2016 | Logik Systems | 747.50 |
| | | 04/26/2016 | Logik Systems | 373.75 |
| | | 05/26/2016 | Logik Systems | 373.75 |
| | | 07/19/2016 | Logik Systems | 373.75 |
| | | 08/18/2016 | Logik Systems | 373.75 |
| | | 10/27/2016 | Logik Systems | 872.50 |
| | | 11/17/2016 | Logik Systems | 373.75 |
| | | 12/15/2016 | Logik Systems | 373.75 |
| | | 02/13/2017 | Logik Systems | 373.75 |
| | | 02/21/2017 | Logik Systems | 747.50 |
| | | 03/16/2017 | Logik Systems | 373.75 |
| | | | | 8,098.34 |
|   **Local Travel (E109)** | 81.40 | | | |
| | | 09/05/2014 | Sutter Stockton Garage | 6.00 |
| | | 09/30/2014 | Oakland Parking Meter | 4.00 |
| | | 09/30/2014 | Clay Street Garage | 5.00 |
| | | 10/14/2014 | Sutter Stockton Garage | 13.50 |
| | | 12/30/2014 | Seth 2014 mileage | 28.00 |
| | | 12/30/2014 | Seth 2014 bridge toll | 6.00 |
| | | 12/30/2014 | Adam 2014 mileage | 5.60 |
| | | 01/05/2016 | Oakland Parking Meter | 2.50 |
| | | 12/31/2016 | Adam 2016 mileage | 10.80 |

Exhibit 3: GSLLP Costs

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 81.40 |
| | Meals (E111) | 221.40 | | | | |
| | | | 04/30/2014 | 4Fourteen | 25.77 | |
| | | | 10/14/2014 | Tadich Grill | 47.50 | |
| | | | 10/23/2015 | Starbucks | 5.90 | |
| | | | 10/24/2015 | Cafe Yesterday | 2.75 | |
| | | | 10/24/2015 | Cafe Yesterday | 5.75 | |
| | | | 10/30/2015 | Peets Coffee/Tea | 4.75 | |
| | | | 12/30/2015 | Adam 2015 | 18.10 | |
| | | | 04/18/2016 | Lockharts Smokehouse | 17.73 | |
| | | | 04/18/2016 | Lockharts Smokehouse | 6.50 | |
| | | | 04/18/2016 | Lockharts Smokehouse | 10.50 | |
| | | | 04/19/2016 | Murphys Deli | 21.73 | |
| | | | 04/19/2016 | Cantina Laredo | 21.28 | |
| | | | 04/20/2016 | The Fairmont Hotel | 17.07 | |
| | | | 04/29/2016 | Cash Receipt | 16.07 | |
| | | | | | | 221.40 |
| | Online Research (E106) | 191.64 | | | | |
| | | | 08/05/2014 | Pacer Service Center | 83.28 | |
| | | | 01/16/2015 | Pacer Service Center | 7.90 | |
| | | | 02/04/2015 | Pacer Service Center | 21.90 | |
| | | | 01/20/2015 | Pacer Service Center | 3.00 | |
| | | | 02/05/2015 | Pacer Service Center | 23.33 | |
| | | | 03/01/2016 | Pacer Service Center | 15.33 | |
| | | | 07/21/2016 | Pacer Service Center | 36.80 | |
| | | | 12/15/2016 | Pacer Service Center | 0.10 | |
| | | | | | | 191.64 |
| | Other (E124) | 86.18 | | | | |
| | | | 01/27/2014 | Target | 8.87 | |
| | | | 09/11/2014 | Amazon Services - Kindle | 3.33 | |
| | | | 07/25/2015 | Ralph's | 21.18 | |
| | | | 07/31/2015 | Safeway | 26.21 | |
| | | | 12/31/2016 | Seth, 2016, product | 26.59 | |
| | | | | | | 86.18 |
| | Out-of-Town Travel (E110) | 1,162.58 | | | | |
| | | | 04/02/2014 | Uber - Australia | 13.09 | |
| | | | 04/03/2014 | Airbnb - meeting Rob Mailer | 443.34 | |
| | | | 04/03/2014 | Ivisa Services - meeting Mailer | 6.17 | |
| | | | 04/25/2014 | Adina Apartment Sydney | 84.17 | |
| | | | 04/28/2014 | Katoomba C/Rail | 5.32 | |
| | | | 03/23/2016 | Southwest Airlines | 165.96 | |
| | | | 03/24/2016 | Hotels.com | 356.15 | |
| | | | 04/18/2016 | Uber | 21.64 | |
| | | | 04/19/2016 | Uber | 12.31 | |
| | | | 04/19/2016 | Uber | 7.05 | |
| | | | 04/19/2016 | Uber | 11.64 | |
| | | | 04/19/2016 | Uber | 6.85 | |
| | | | 04/19/2016 | SWA Inflight Wifi | 8.00 | |
| | | | 04/20/2016 | Uber | 20.89 | |
| | | | | | | 1,162.58 |
| | Outside Printing (E102) | 261.60 | | | | |
| | | | 01/25/2016 | Colour Drop | 227.85 | |
| | | | 04/19/2016 | Hotel Business Centers | 27.50 | |
| | | | 04/19/2016 | Hotel Business Centers | 6.25 | |
| | | | | | | 261.60 |
| | Postage (E108) | 220.07 | | | | |
| | | | 05/27/2014 | USPS | 5.18 | |
| | | | 05/29/2014 | USPS | 13.61 | |
| | | | 08/11/2015 | Fedex Kinkos | 198.83 | |
| | | | 07/06/2016 | USPS | 2.45 | |
| | | | | | | 220.07 |
| | xx | 0.00 | | | | |
| Total Expense | | 65,902.06 | | | | |