EXHIBIT A

# Tycko & Zavareei LLP
## Kumar v. Salov Lodestar Report

|  | Position | Rate | Total Hours | Individual Lodestar |
|---|---|---|---|---|
| H. Zavareei | Partner | $826.00 | 74.00 | $ 61,124.00 |
| J. Kaliel | Partner | $685.00 | 46.30 | $ 31,715.50 |
| A. Haac | Partner | $685.00 | 241.4 | $ 165,359.00 |
| A. Silver | Associate | $421.00 | 442.30 | $ 186,208.30 |
| S. Goren | Associate | $343.00 | 0.10 | $ 34.30 |
| M. Brody | Counsel | $343.00 | 96.00 | $ 32,928.00 |
| A. Berkowitz | Paralegal | $187.00 | 13.60 | $ 2,543.20 |
| S. Teng | Paralegal | $187.00 | 71.40 | $ 13,351.80 |
| N. Laporte | Paralegal | $187.00 | 18.20 | $ 3,403.40 |
| A. Abate | Paralegal | $187.00 | 0.40 | $ 74.80 |
|  |  |  |  |  |
| **Total:** |  |  | **1003.70** | **$ 496,667.50** |

### *Tycko & Zavareei LLP*
1828 L Street, N.W.
Suite 1000
Washington, DC 20036

Ph:(202) 973-0900          Fax:(202) 973-0950

April 6, 2017

File #:          248-03

**Attention:**

**RE:**     Kumar v. Salov North America Corp. and ItalFoods, Inc.

| DATE | DESCRIPTION | HOURS | LAWYER |
|------|-------------|-------|--------|
| Oct-31-13 | Research for EVOO/IFI claims against Salov. | 3.20 | ACH |
| Nov-01-13 | Research for EVOO/IFI claims against Salov. | 1.50 | ACH |
| Nov-05-13 | Research for EVOO/IFI claims against Salov. | 1.90 | ACH |
| Nov-18-13 | Research for EVOO/IFI claims against Salov. | 0.50 | ACH |
| Nov-22-13 | Call with CA law firm re: EVOO/IFI case. | 0.70 | ACH |
| Aug-05-14 | Discuss response to MTD with A. Silver. | 0.20 | ACH |
| | Discuss opp. to mot. to dismiss w/ A. Haac | 0.20 | AJS |
| | Conerence call w/ co-counsel RE opp. to mot. to dismiss | 0.30 | AJS |
| Aug-07-14 | Drafting opp'n to MTD. | 5.80 | ACH |
| Aug-08-14 | Editing opposition to MTD. | 2.90 | HAZ |
| | Drafting opp'n to MTD. | 5.40 | ACH |
| | Discuss contract claims with A. Silver. | 0.20 | ACH |

|          |                                                                    |       |     |
|----------|--------------------------------------------------------------------|-------|-----|
|          | Discuss contract claims RE opp. to MTD w/ A. Haac and A. Berkowitz  | 0.20  | AJS |
| Aug-10-14 | Review and edit contract claims section in MTD and cases cited therein | 2.50  | AJS |
| Aug-11-14 | Drafting Opp'n To MTD.                                             | 10.20 | ACH |
|          | Draft section of opp. to MTD RE contract claims                    | 2.10  | AJS |
|          | Edit Plaintiff's Opposition to Motion to Dismiss                   | 3.40  | ABB |
| Aug-18-14 | Review and edit CMC.                                              | 0.50  | JK  |
| Sep-23-14 | Review case file for retailer subpoenas; email K. Simplicio RE same | 0.10  | AJS |
| Sep-29-14 | Discuss case status with Silver.                                  | 0.10  | HAZ |
|          | Discuss case status w/ H. Zavareei                                | 0.10  | AJS |
| Oct-01-14 | Discuss hearing with A. Silver.                                   | 0.20  | HAZ |
|          | Discuss MTD hearing w/ H. Zavareei                                | 0.20  | AJS |
| Oct-21-14 | Review order denying relief from magistrate order RE stay         | 0.10  | AJS |
| Dec-02-14 | Draft email to H. Zavareei w/ case update                         | 0.50  | AJS |
| Dec-11-14 | Internal and external correspondence.                             | 1.50  | ACH |
| Dec-18-14 | Correspondence with co-counsel                                    | 0.10  | ACH |
| Jan-07-15 | Conference call w/ co-counsel RE discovery                        | 0.30  | AJS |
| Feb-03-15 | Review MTD order                                                 | 0.50  | HAZ |
|          | Review order RE motion to dismiss                                 | 0.30  | AJS |
|          | Draft press release RE mot. to dismiss                            | 1.50  | AJS |
| Feb-04-15 | Finalize press release                                           | 0.70  | AJS |

|  |  |  |  |
|---|---|---|---|
|  | Publish press releases | 0.60 | ABB |
| Feb-09-15 | Conference call w/ co-counsel RE case status | 0.10 | AJS |
| Feb-13-15 | Draft IRI subpoena | 0.40 | AJS |
| Feb-16-15 | Finish draft IRI subpoena | 1.00 | AJS |
| Feb-17-15 | Review and revise draft CMS statement | 0.30 | AJS |
| Feb-19-15 | T/c w/ K. Simplicio RE case status | 0.20 | AJS |
| Feb-25-15 | Meeting with Silver and Haac | 0.10 | HAZ |
|  | Review answer | 0.20 | AJS |
|  | Conference call w/ co-counsel RE case status | 0.30 | AJS |
|  | Discuss open tasks w/ H. Zavareei and A. Haac | 0.10 | AJS |
| Mar-02-15 | Email K. Simplicio RE retailer subpoenas | 0.10 | AJS |
| Mar-03-15 | T/c w/ K. Simplicio RE retailer subpoenas | 0.10 | AJS |
| Mar-10-15 | Meeting with Haac, Silver and Kaliel. | 0.20 | HAZ |
|  | Reviewing Salov answer. | 0.30 | ACH |
|  | Discuss open tasks w/ A. Haac, H. Zavareei and J. Kaliel | 0.20 | AJS |
| Mar-12-15 | Reviewing protective order, depositions, and related correspondence from Mostafi to determine relevance and produceability. | 1.40 | ACH |
|  | Email A. Haac RE Salov meet & confer | 0.10 | AJS |
|  | Prepare draft retailer subpoena template; email H. Zavareei, A. Haac and J. Kaliel RE same | 0.80 | AJS |
|  | Discuss retailer subpoenas w/ A. Berkowitz | 0.10 | AJS |
| Mar-16-15 | Revise draft retailer subpoenas; email co-counsel RE same | 0.10 | AJS |

|          | | | |
|----------|---------------------------------------------------------------------|------|-----|
|          | Review A. Berkowitz email RE retailer subpoenas; email A. Berkowitz RE same | 0.10 | AJS |
|          | Research registered agent information for subpoenas | 0.70 | ABB |
| Mar-17-15 | Reviewing Salov discovery responses, drafting M&C letter. | 1.10 | ACH |
|          | Email A. Berkowitz RE retailer subpoenas | 0.10 | AJS |
|          | Research EVOO retailers for registered agent information for subpoena purposes | 0.70 | ABB |
| Mar-19-15 | Draft letter and certification form to accompany retailer subpoenas | 0.40 | AJS |
|          | Email J. Kaliel RE retailer subpoenas | 0.10 | AJS |
| Mar-20-15 | Reviewing and editing M&C letter. | 0.70 | HAZ |
|          | Drafting M&C letter. | 2.80 | ACH |
|          | Email co-counsel RE retailer subpoenas, cover letter, and certification | 0.20 | AJS |
| Mar-21-15 | Drafting M&C. | 5.00 | ACH |
| Mar-22-15 | Drafting M&C. | 3.00 | ACH |
| Mar-23-15 | Drafting M&C. | 2.50 | ACH |
|          | Review A. Berkowitz email RE document subpoenas; email A. Berkowitz RE same | 0.10 | AJS |
|          | Finalize and send meet and confer letter | 1.30 | ABB |
| Mar-24-15 | Drafting ESI Protocol. | 0.50 | ACH |
| Mar-25-15 | Drafting ESI protocol, reviewing court rules re: same. | 0.60 | ACH |
|          | Compiling proposed search terms. | 1.50 | ACH |
|          | Discuss case status and case management w/ A. Haac | 0.10 | AJS |

|           |                                                                                  |      |     |
|-----------|----------------------------------------------------------------------------------|------|-----|
|           | Draft/format ESI protocol                                                        | 0.80 | ABB |
| Mar-26-15 | Preparing for discovery call, call with co-counsel re: same, M&C with opposing counsel. | 2.10 | ACH |
|           | Review correspondence and discovery responses prior to meet-and-confer call w/ opposing counsel | 0.30 | AJS |
|           | Call w/ K. Simplicio and A. Haac RE discovery and case status                   | 0.20 | AJS |
|           | Discuss retailer subpoenas w/ A. Berkowitz                                       | 0.10 | AJS |
|           | Meet-and-confer RE defendant's discovery responses                               | 1.20 | AJS |
|           | Edit ESI protocol                                                                | 0.30 | ABB |
| Mar-27-15 | Salov M&C.                                                                        | 2.20 | ACH |
|           | Revising search terms for ESI.                                                   | 0.30 | ACH |
|           | Meet-and-confer w/ opposing counsel RE their discovery responses                 | 2.20 | AJS |
| Mar-31-15 | Meeting with team regarding discovery issues.                                    | 0.80 | HAZ |
|           | Team meeting re: discovery.                                                       | 0.80 | ACH |
|           | Conference call RE case management w/ K. Simplicio and A. Haac                   | 0.40 | AJS |
| Apr-01-15 | Reviewing search terms, call with co-counsel.                                    | 1.40 | ACH |
|           | Begin drafting follow-up meet & confer                                            | 1.90 | AJS |
| Apr-02-15 | Continue drafting follow-up meet-and-confer                                       | 3.70 | AJS |
| Apr-03-15 | Internal and external correspondence.                                            | 2.10 | ACH |
|           | Discuss meet-and-confer w/ A. Haac                                               | 0.20 | AJS |
|           | Edit ESI protocol                                                                | 0.20 | ABB |

| | | | |
|---|---|---|---|
| Apr-06-15 | Correspondence with opposing counsel. | 0.20 | ACH |
| Apr-07-15 | Reviewing org chart, internal and external correspondence. | 1.00 | ACH |
| | Calendar deadlines | 0.20 | ABB |
| Apr-10-15 | M&C. | 1.50 | ACH |
| Apr-13-15 | Conference call with co-counsel regarding strategy. | 0.80 | HAZ |
| | EVOO conference call, correspondence with co-counsel. | 0.80 | ACH |
| Apr-16-15 | EVOO call with co-counsel and opposing counsel. | 2.00 | ACH |
| | Discuss open tasks w/ A. Haac and K. Simplicio before and after meet-and-confer w/ opposing counsel | 1.10 | AJS |
| | Meet and confer telephonically with opposing counsel RE discovery | 0.90 | AJS |
| Apr-20-15 | Calendar discovery response deadlines | 0.10 | ABB |
| Apr-21-15 | Call re: EVOO and correspondence with co-counsel re: same. | 1.10 | ACH |
| Apr-22-15 | Reiviewing notes, VM with opposing counsel. | 0.20 | ACH |
| Apr-23-15 | Call with opposing counsel. | 0.30 | ACH |
| | T/c w/ K. Simplicio RE document review; email J. Kaliel RE same | 0.20 | AJS |
| Apr-24-15 | Research for and draft letter brief RE lobbying discovery | 4.40 | AJS |
| Apr-27-15 | Email A. Haac RE discovery responses | 0.10 | AJS |
| May-04-15 | Correspondence with opposing counsel. | 0.30 | ACH |
| May-05-15 | Call with co-counsel re: document review. | 1.40 | ACH |
| | Email K. Simplicio RE RFP responses | 0.10 | AJS |

|            |                                                                        |      |     |
|------------|------------------------------------------------------------------------|------|-----|
|            | Upload Defendant's document production                                 | 0.20 | ABB |
| May-06-15  | Begin drafting discovery responses                                     | 1.70 | AJS |
|            | Revise draft letter brief                                              | 0.70 | AJS |
| May-08-15  | Correspondence with opposing counsel, reviewing search terms.          | 0.60 | ACH |
| May-11-15  | Reviewing documents, call with co-counsel re: same.                    | 1.80 | ACH |
|            | Call with opposing counsel and drafting follow-up written correspondence. | 1.30 | ACH |
| May-12-15  | Correspondence with opposing counsel.                                  | 1.80 | ACH |
| May-13-15  | Reviewing and editing draft discovery responses; conference with Silver re same. | 2.60 | HAZ |
|            | Call with co-counsel re: search terms.                                 | 2.10 | ACH |
|            | Meet with A. Silver re: RFA responses and work on same.                | 0.50 | ACH |
|            | Begin drafting interrogatory and RFA responses                         | 1.60 | AJS |
|            | Discuss discovery responses w/ K. Simplicio                            | 0.30 | AJS |
|            | Discuss RFA responses w/ A. Haac                                       | 0.10 | AJS |
|            | Draft interrogatory responses                                          | 0.80 | AJS |
|            | Draft RFP responses                                                    | 1.10 | AJS |
|            | Draft RFA responses                                                    | 0.90 | AJS |
|            | Edit/format discovery responses                                        | 0.90 | ABB |
|            | Create Excel spreadsheet of electronic search terms                    | 0.90 | ABB |
| May-14-15  | Reivewing and drafting responses to RFAs.                              | 0.60 | ACH |
|            | Correspondence re: search terms.                                       | 0.30 | ACH |

|            |                                                              |      |     |
|------------|--------------------------------------------------------------|------|-----|
|            | Finish drafting RFA responses                                | 1.30 | AJS |
|            | Finalize draft RFP and RFA responses                         | 0.70 | AJS |
|            | Edit discovery responses                                     | 1.90 | ABB |
|            | Break out Search 66 terms for A. Haac                        | 0.50 | ABB |
| May-15-15  | Correspondence with opposing counsel, reviewing search term hits. | 0.40 | ACH |
|            | Revise draft letter brief RE discovery                       | 0.40 | AJS |
| May-18-15  | Finish revising draft letter brief                           | 1.30 | AJS |
|            | Research for additional 9th Circuit Noerr Pennington authority | 0.60 | AJS |
| May-19-15  | Download Plaintiff's document production                     | 0.40 | ABB |
| May-20-15  | External correspondence.                                     | 0.40 | ACH |
|            | Reviewing search terms, correspondence with opposing counsel re: same. | 0.70 | ACH |
| May-22-15  | Correspondence with opposing counsel.                        | 0.50 | ACH |
|            | Break out search terms                                       | 0.20 | ABB |
| May-29-15  | Correspondence with opposing counsel.                        | 0.10 | ACH |
| Jun-11-15  | Reviewing search hits and internal correspondence.           | 0.20 | ACH |
| Jun-12-15  | Reviewing search term results, correspondence with opposing counsel re: same. | 0.70 | ACH |
| Jun-18-15  | Team meeting to discuss sanctions threat.                    | 0.60 | HAZ |
|            | Internal meeting re: SNA sanctions letter.                   | 0.60 | ACH |
| Jun-23-15  | Draft retention letter for R. Mailer                         | 0.20 | AJS |
| Jun-25-15  | External correspondence.                                     | 0.80 | ACH |

| | | | |
|---|---|---|---|
| Jun-26-15 | External correspondence. | 0.30 | ACH |
| Jun-29-15 | Conference call re: Tier 2 search proposal. | 1.00 | ACH |
| | Drafting revised search terms, correspondence with opposing counsel. | 1.00 | ACH |
| | T/c RE discovery w/ A. Haac and K. Simplicio | 0.50 | AJS |
| | Edit discovery responses | 0.30 | ABB |
| Jun-30-15 | Reviewing search terms and drafting email re: proposed tier 2 searches. | 0.60 | ACH |
| Jul-06-15 | Reviewing correspondence from SNA. | 0.20 | ACH |
| Jul-07-15 | Reviewing and editing Rule 11 response and errata. | 0.90 | ACH |
| | File Discovery Materials from Defendant | 0.30 | SMT |
| | Make A. Haac corrections to Repsonse to RFAs | 0.10 | SMT |
| Jul-08-15 | Review response to letter RE potential sanctions | 0.10 | AJS |
| | Search files for information RE testing | 0.10 | AJS |
| | Discuss testing documents w/ A. Haac | 0.10 | AJS |
| | Make A. Haac edits to RFA draft | 0.80 | SMT |
| Jul-13-15 | Internal and external correspondence re: discovery, reviewing search term results. | 0.90 | ACH |
| Jul-14-15 | Call with opposing counsel and preparation re: same. | 1.10 | ACH |
| Jul-16-15 | Correspondence with opposing counsel. | 0.30 | ACH |
| | Discuss documents production w/ J. Kaliel and A. Haac | 0.20 | AJS |
| Jul-20-15 | T/c w/ co-counsel RE discovery | 0.30 | AJS |

Case 4:14-cv-02411-YGR   Document 154-6   Filed 04/11/17   Page 12 of 40

|          |                                                                                 |      |     |
|----------|---------------------------------------------------------------------------------|------|-----|
|          | Upload Defendant's Production                                                   | 0.60 | SMT |
| Jul-27-15 | Correspondence with opposing counsel, reviewing search term hits               | 0.70 | ACH |
| Jul-29-15 | Reviewing spreadsheet cataloging olive oil preserved by T&Z, internal and external correspondence re: same. | 0.50 | ACH |
|          | T/c w/ K. Simplicio RE discovery and case status                               | 0.30 | AJS |
|          | Research Salov SPA presence in U.S.                                            | 0.10 | AJS |
|          | Send Salov documents to T. Kennedy at Gutride                                  | 0.30 | SMT |
| Jul-30-15 | Correspondence with opposing counsel.                                          | 0.20 | ACH |
|          | Team conference call.                                                          | 0.40 | ACH |
|          | Create SendThisFile for Documents Sent to Co-Counsel                          | 0.20 | SMT |
| Aug-04-15 | Download SNA docs                                                             | 0.30 | SMT |
| Aug-12-15 | Document Review Project                                                        | 8.00 | MB  |
| Aug-13-15 | Document Review Project                                                        | 8.00 | MB  |
| Aug-14-15 | Document Review Project                                                        | 8.00 | MB  |
| Aug-17-15 | Internal correspondence re: discovery.                                        | 0.60 | ACH |
|          | Research Salov SPA location in US                                             | 1.40 | AJS |
|          | Review A. Haac email RE discovery; email co-counsel RE Salov SPA research     | 0.20 | AJS |
|          | Document Review Project                                                        | 8.00 | MB  |
| Aug-18-15 | Document Review Project                                                        | 8.00 | MB  |
|          | File maintenance re Salov Production                                          | 0.60 | SMT |

| Aug-19-15 | Correspondence with opposing counsel and co-counsel re: discovery. | 1.00 | ACH |
|---|---|---|---|
| | Email A. Haac RE subpoena to Salov SPA | 0.10 | AJS |
| | Document Review Project | 8.00 | MB |
| Aug-20-15 | Document Review Project | 8.00 | MB |
| Aug-21-15 | Meet with M. Brody re: discovery review, correspondence with opposing counsel. | 0.90 | ACH |
| | Document Review Project | 8.00 | MB |
| | Prepare Amended Discovery Responses Template | 0.60 | SMT |
| Aug-24-15 | Document Review Project | 8.00 | MB |
| | File maintenance and calendaring Depositions | 0.40 | SMT |
| Aug-25-15 | Research for exemplars of Hague requests | 2.00 | AJS |
| Aug-26-15 | Draft Hague letter of request and associated documents RE Salov SPA | 2.40 | AJS |
| | Discuss Hague letter of request, and discovery, w/ A. Haac | 0.30 | AJS |
| | Begin drafting subpoena to and researching corporate information for EVOO manufacturers | 1.10 | AJS |
| Aug-28-15 | Document Review Project | 8.00 | MB |
| Sep-01-15 | Upload latest production | 0.30 | SMT |
| Sep-02-15 | Office conference with Silver regarding document review. | 0.10 | HAZ |
| | Discuss document review w/ H. Zavareei and J. Kaliel | 0.10 | AJS |
| Sep-03-15 | Call with co-counsel re: discovery. | 0.70 | ACH |
| | T/c w/ K. Simplicio RE discovery | 0.40 | AJS |

| | | | |
|---|---|---|---|
| | Discuss discovery w/ A. Haac | 0.30 | AJS |
| | Draft letter to opposing counsel RE discovery; email A. Haac RE same | 2.90 | AJS |
| | Document Review Project | 8.00 | MB |
| | Document Review Project | 8.00 | MB |
| | Organize document productions | 0.20 | SMT |
| Sep-04-15 | Reviewing discovery letter and internal correspondence re: same. | 1.00 | ACH |
| Sep-08-15 | Reviewing extension letter. | 0.30 | ACH |
| | Finalize draft letter to opposing counsel RE discovery schedule | 0.10 | AJS |
| | Finalize Meet and Confer letter | 0.70 | SMT |
| Sep-11-15 | Reviewing correspondence from opposing counsel re: extension. | 0.20 | ACH |
| | Review ltr. from opposing counsel RE scheduling | 0.10 | AJS |
| Sep-14-15 | Internal and external correspondence re: motion for extension. | 1.90 | ACH |
| | Discuss discovery and scheduling w/ A. Haac | 0.10 | AJS |
| | Draft second set of interrogatories | 0.60 | AJS |
| | T/c w/ opposing counsel RE schedule; discuss same w/ A. Haac and K. Simplicio | 0.70 | AJS |
| | Email K. Simplicio RE second set of interrogatories | 0.10 | AJS |
| Sep-15-15 | Correspondence with opposing counsel and co-counsel re: discovery extension. | 1.10 | ACH |
| | T/c w/ opposing counsel RE scheduling; discuss same w/ A. Haac and K. Simplicio | 0.50 | AJS |
| | Draft response to letter RE scheduling | 0.30 | AJS |

| | | | |
|---|---|---|---|
| Sep-17-15 | Correspondence with opposing counsel. | 0.10 | ACH |
| | Review research regarding manufacturers, and email K. Simplicio RE same | 0.50 | AJS |
| | T/c w/ K. Simplicio RE manufacturer subpoenas | 0.10 | AJS |
| | Finalize manufacturer subpoenas | 0.90 | AJS |
| Sep-18-15 | Email D. Lawler RE document review | 0.10 | AJS |
| | Discuss retailer subpoenas w/ S. Teng | 0.10 | AJS |
| Sep-21-15 | Drafting discovery letter. | 2.50 | ACH |
| | Finalize distributor subpoenas | 0.20 | AJS |
| | Preparing distributor subpoenas | 0.90 | SMT |
| Sep-22-15 | Revise Attachment B to Borges subpoena | 0.20 | AJS |
| | Finalize manufacturer subpoenas | 0.30 | AJS |
| | Preparing distributor subpoenas | 0.60 | SMT |
| | Process distributor subpoenas | 0.10 | SMT |
| Sep-23-15 | Internal correspondence re: discovery. | 0.30 | ACH |
| | Preparing Plaintiff's production | 0.20 | SMT |
| Sep-24-15 | Meeting with Silver and Haac re discovery. | 1.30 | HAZ |
| | Internal correspondence. | 0.10 | ACH |
| | Team meeting. | 1.30 | ACH |
| | Continue working on Hague letter | 3.40 | AJS |
| | Select document requests to append to Hague letter | 0.90 | AJS |
| | Select matters for testimony to append to Hague letter | 1.30 | AJS |

| | | | |
|---|---|---|---|
| | Email A. Haac, H. Zavareei and J. Kaliel RE draft letter of request | 0.10 | AJS |
| | Research "competent authority" for Hague request | 0.20 | AJS |
| | Discuss potential "competent authority" research w/ S. Goren | 0.00 | AJS |
| | Email co-counsel RE Hague request | 0.10 | AJS |
| | T/c w/ D. Lawler RE document review | 0.40 | AJS |
| | Review current status of document review | 0.20 | AJS |
| | Research for motion for issuance of Hague letter | 0.90 | AJS |
| | T/c w/ co-counsel RE discovery | 1.20 | AJS |
| | Meet w/ A. Haac and H. Zavareei RE discovery | 1.30 | AJS |
| | Meeting with A. Silver. | 0.10 | SJG |
| | Preparing meet and confer letter | 0.30 | SMT |
| Sep-25-15 | Meet with Haac and Silver re discovery issues. | 1.20 | HAZ |
| Sep-26-15 | Supervising document review; QC; reviewing hot docs | 1.40 | HAZ |
| | Internal correspondence re: depositions. | 1.50 | ACH |
| | Email A. Haac, H. Zavareei and J. Kaliel RE document review | 0.10 | AJS |
| | Email D. Lawler RE document review | 0.10 | AJS |
| Sep-27-15 | Draft legal standard for Hague request; email A. Gutride RE same | 2.00 | AJS |
| Sep-28-15 | Meeting with Silver re depositions. | 0.20 | ACH |

| | | | | |
|---|---|---|---|---|
| | Review Salov interrogatory responses and previous correspondence | 1.30 | | AJS |
| | Search document production for potential deponents | 0.60 | | AJS |
| | Discuss 30(b)(6) deposition notices w/ S. Teng | 0.10 | | AJS |
| | Review and finalize draft deposition notices; email co-counsel RE same | 1.00 | | AJS |
| | Discuss meet-and-confer RE discovery w/ A. Haac | 0.20 | | AJS |
| | Discuss deposition schedule w/ A. Haac | 0.20 | | AJS |
| | Email D. Lawler RE document review | 0.10 | | AJS |
| | Email K. Simplicio RE deposition notices | 0.10 | | AJS |
| | Discuss depositions w/ J. Kaliel | 0.20 | | AJS |
| | Email J. Kaliel RE depositions | 0.10 | | AJS |
| | Review documents to respond to A. Gutride questions RE document custodians; email A. Gutride RE same | 0.60 | | AJS |
| | Conference with Silver re depositions. | 0.20 | | JK |
| | Notices of Depo | 1.70 | | SMT |
| Sep-29-15 | Conference with Silver and Haac regarding schedule. | 0.40 | | HAZ |
| | Drafting M&C and reviewing correspondence for joint motion for extension, correspondence with co-counsel re: same. | 7.10 | | ACH |
| | Discuss depositions w/ J. Kaliel | 0.10 | | AJS |
| | Email co-counsel RE depositions | 0.10 | | AJS |
| | Discuss order RE schedule w/ H. Zavareei and A. Haac | 0.40 | | AJS |

|           | Finalize dates and notices for defendant employee depositions | 3.00 | AJS |
|-----------|----------------------------------------------------------------|------|-----|
|           | Preparing Depo Notices | 1.10 | SMT |
| Sep-30-15 | Reviewing production, drafting M&C letter. | 6.20 | ACH |
|           | File maintenance re Judge's Order Denying Joint Stipulation for Extension of Time | 0.10 | SMT |
|           | Send old production to K. Simplicio | 0.20 | SMT |
| Oct-01-15 | Internal and external correspondence. | 0.70 | ACH |
|           | Salov subpoenas | 0.40 | SMT |
| Oct-02-15 | External correspondence. | 0.20 | ACH |
| Oct-05-15 | Meeting re: discovery, second-level document review. | 3.90 | ACH |
|           | Discuss depositions and manufacturer subpoenas w/ S. Teng | 0.10 | AJS |
|           | Discuss discovery and depositions w/ A. Haac | 0.30 | AJS |
|           | Review A. Haac draft letter RE discovery; email A. Haac RE same | 0.70 | AJS |
|           | Email D. Lawler RE document review | 0.10 | AJS |
|           | Conduct second-level review on tagged documents | 4.10 | AJS |
|           | T/c w/ D. Lawler RE document review; discuss same w/ A. Haac | 0.30 | AJS |
|           | Subpoena Borges issue | 0.40 | SMT |
| Oct-06-15 | Internal correspondence re: discovery and second-level document review for same. | 2.70 | ACH |
|           | Edit meet and confer letter. | 2.30 | ACH |
|           | Revise meet-and-confer letter to co-counsel RE missing documents | 1.30 | AJS |

|  |  |  |  |
|---|---|---|---|
|  | Review correspondence and deposition notices in preparation for meet-and-confer call | 0.30 | AJS |
|  | T/c w/ K. Simplicio RE deposition dates | 0.10 | AJS |
|  | T/c w/ opposing counsel RE discovery and depositions | 0.80 | AJS |
|  | Discuss discovery and depositions w/ A. Haac | 0.10 | AJS |
|  | Discuss discovery and depositions w/ J. Kaliel | 0.10 | AJS |
|  | Email K. Simplicio RE depositions | 0.10 | AJS |
|  | Download latest production | 0.30 | SMT |
|  | Depo Bookings | 0.40 | SMT |
| Oct-07-15 | Contact attorneys for distributors RE subpoenas | 0.50 | AJS |
|  | T/c w/ S. Steinberg RE Botticelli subpoena | 0.10 | AJS |
|  | Send ltr re discovery | 0.50 | SMT |
| Oct-08-15 | Review deposition notices; email opposing counsel RE deposition schedule | 0.20 | AJS |
| Oct-09-15 | Email K. Simplicio RE defendant depositions | 0.10 | AJS |
|  | Email opposing counsel RE defendant depositions | 0.40 | AJS |
|  | Email A. Haac and K. Simplicio RE discovery letter to opposing counsel | 0.10 | AJS |
| Oct-12-15 | Email K. Simplicio RE Hague letter of request | 0.10 | AJS |
| Oct-13-15 | Discussing discovery and depositions with Silver. | 0.30 | HAZ |
|  | Meet with A. Silver re: depositions. | 0.90 | ACH |
|  | Reviewing draft Hague request and discovery letter, editing declaration. | 3.60 | ACH |

|  | Correspondence. | 0.50 | ACH |
|---|---|---|---|
|  | Email S. Goren RE Hague letter; discuss same w/ S. Goren | 0.30 | AJS |
|  | Call M. Kelly RE ACH Food subpoena | 0.10 | AJS |
|  | Discuss depositions w/ A. Haac | 0.90 | AJS |
|  | Email co-counsel RE deposition plans | 0.20 | AJS |
|  | Discuss discovery and depositions w/ H. Zavareei | 0.30 | AJS |
|  | Email co-counsel w/ update on distributor subpoenas | 0.10 | AJS |
|  | Begin reviewing documents in preparation for 30(b)(6) and Mueller depositions | 2.80 | AJS |
|  | Email A. Haac RE native file documents review | 0.10 | AJS |
|  | Preparing draft of A. Haac Decl | 1.40 | SMT |
|  | Calendaring re depo notices | 0.30 | SMT |
| Oct-14-15 | Research production of NCL documents; email J. Kaliel RE same | 0.40 | AJS |
|  | Review and revise A. Haac declaration | 0.40 | AJS |
|  | T/c w/ M. Kelly RE subpoena to ACH Foods | 0.10 | AJS |
|  | Email J. Kaliel and A. Haac RE depositions | 0.10 | AJS |
|  | T/c w/ K. Simplicio RE discovery | 0.20 | AJS |
|  | A. Haac Declaration | 3.90 | SMT |
| Oct-15-15 | T/c w/ K. Simplicio RE newly received documents | 0.10 | AJS |
|  | Email S. Teng RE deposition notices and documents for depositions | 0.10 | AJS |

|         |                                                                  |       |     |
|---------|------------------------------------------------------------------|-------|-----|
|         | A. Haac Declaration edits                                        | 2.90  | SMT |
|         | Preparing deposition Notices                                     | 2.20  | SMT |
| Oct-16-15 | Reviewing documents and preparing for depositions              | 1.50  | ACH |
|         | Continue reviewing documents in preparation for depositions      | 3.70  | AJS |
|         | Email opposing counsel RE amended deposition notices             | 0.10  | AJS |
|         | Begin drafting deposition outline for Mueller/30b6               | 3.40  | AJS |
|         | Download latest production                                       | 0.30  | SMT |
|         | Preparing exhibits for deposition                                | 5.50  | SMT |
|         | Edits to A. Haac declaration                                     | 1.20  | SMT |
|         | Book depositions                                                 | 0.20  | SMT |
| Oct-17-15 | Continue reviewing documents and outlining for 30(b)(6) and T. Mueller deposition | 6.00 | AJS |
| Oct-18-15 | Continue reviewing documents and outlining for 30(b)(6) and T. Mueller deposition | 4.00 | AJS |
| Oct-19-15 | Email S. Teng RE documents for deposition                        | 0.10  | AJS |
|         | Continue reviewing documents and adding to outline for upcoming depositions | 4.60 | AJS |
|         | Conference call w/ co-counsel RE upcoming depositions            | 0.50  | AJS |
|         | Depo prep                                                        | 1.60  | SMT |
|         | Preparing EVOO docs for J. Kaliel review                         | 1.70  | SMT |
| Oct-20-15 | Finish drafting and adding exhibits to outline for 30(b)(6) and Mueller depositions | 2.40 | AJS |
|         | Travel from DC to Newark for upcoming depositions                | 3.60  | AJS |

| | | | |
|---|---|---|---|
| | Prepare documents and finalize outline for depositions | 4.00 | AJS |
| | Travel from DC to Newark for upcoming depositions | 3.60 | JK |
| | Prepare documents and finalize outline for depositions | 2.00 | JK |
| | File maintenance re subpoenas | 0.20 | SMT |
| | Compile pro hac vice application for  A. Silver | 0.70 | SMT |
| Oct-21-15 | Email M. Kelly RE ACH Food subpoena | 0.10 | AJS |
| | Second-chairing first day of T. Mueller/SNA deposition | 9.30 | AJS |
| | Revise outline and prepare documents for second day of T. Mueller/SNA deposition | 2.00 | AJS |
| | Taking T. Mueller/SNA deposition | 9.30 | JK |
| | Revise outline and prepare documents for second day of T. Mueller/SNA deposition | 1.00 | JK |
| Oct-22-15 | Meet w/ J. Kaliel prior to T. Mueller deposition | 0.50 | AJS |
| | Second chair second day of T. Mueller deposition | 8.70 | AJS |
| | Return to Washington, DC from Newark | 3.50 | AJS |
| | Review documents provided by Mazola; email co-counsel RE same | 0.20 | AJS |
| | Email K. Simplicio RE Mueller deposition | 0.10 | AJS |
| | Email R. Ryan RE Borges subpoena | 0.10 | AJS |
| | Email S. Rivera RE subpoena to Pompeian | 0.10 | AJS |
| | Meet w/ A. Silver prior to T. Mueller deposition | 0.50 | JK |

|          |                                                                          |      |     |
|----------|--------------------------------------------------------------------------|------|-----|
|          | Take second day of T. Mueller deposition Arbitration sessions            | 7.70 | JK  |
|          | Return to Washington, DC from Newark                                     | 3.50 | JK  |
|          | Call with R. Ryan office re Borges Subpoena                              | 0.10 | SMT |
| Oct-23-15 | Depo Preparation Rohini Kumar                                           | 0.10 | SMT |
|          | Speak with Capital Reporting                                             | 0.10 | SMT |
| Oct-26-15 | Begin reviewing documents for Scheiber deposition                       | 2.00 | AJS |
|          | Upload distributor production                                            | 0.30 | SMT |
| Oct-27-15 | Review email from opposing counsel RE document production; email co-counsel RE same | 0.20 | AJS |
|          | Finish reviewing documents in preparation for Scheiber deposition       | 3.80 | AJS |
|          | Discuss document production and depositions w/ K. Simplicio             | 0.30 | AJS |
|          | Discuss depositions w/ J. Kaliel                                        | 0.10 | AJS |
|          | Begin reviewing documents for Mosca deposition                          | 1.00 | AJS |
|          | Download latest production                                               | 0.20 | SMT |
| Oct-28-15 | Reviewing subpoena.                                                     | 0.20 | ACH |
|          | Continue reviewing documents in preparation for M. Mosca deposition     | 0.80 | AJS |
|          | Review defendant's recent document production                           | 2.40 | AJS |
|          | Review documents in preparation for A. Rodda deposition                 | 1.90 | AJS |
|          | Email S. Teng RE pro hac vice admission                                 | 0.10 | AJS |
|          | Depo prep                                                                | 3.60 | SMT |

|            | File A. Silver PHV                                                              | 0.90 | SMT |
|------------|--------------------------------------------------------------------------------|------|-----|
| Oct-29-15  | Finish reviewing Rodda documents                                               | 2.30 | AJS |
|            | Email K. Simplicio RE privilege redactions in defendant's document production  | 0.10 | AJS |
|            | Draft outline for D. Scheiber deposition                                        | 3.60 | AJS |
|            | Depo prep                                                                       | 1.20 | SMT |
| Oct-30-15  | Correspondence with co-counsel.                                                 | 0.30 | ACH |
|            | Revise D. Scheiber deposition outline                                           | 1.00 | AJS |
|            | Draft A. Rodda deposition outline                                               | 4.00 | AJS |
|            | Email A. Milleman RE CA Olive Ranch/Lucini subpoena                             | 0.10 | AJS |
|            | Email A. Gutride RE EVOO evidence                                               | 0.10 | AJS |
| Oct-31-15  | Draft M. Rodda deposition outline                                               | 4.00 | AJS |
| Nov-02-15  | Internal and external correspondence re: subpoena.                              | 0.60 | ACH |
|            | Revise and finalize D. Scheiber deposition outline                              | 0.80 | AJS |
|            | Annotate Mailer declaration w/ Mueller testimony and exhibits; email A. Gutride RE same | 1.50 | AJS |
|            | Prepare documents for Scheiber, Rodda, and Mosca depositions                    | 0.40 | AJS |
|            | Email K. Simplicio RE class certification                                       | 0.10 | AJS |
|            | Review outlines and prepare documents for Rodda and Mosca depositions           | 1.00 | AJS |
|            | Travel from Washington DC to West Orange, NJ (travel delays)                    | 4.70 | AJS |

| | | | |
|---|---|---|---|
| | Review outlines and prepare documents for Rodda and Mosca depositions | 0.70 | JK |
| | Travel from Washington DC to West Orange, NJ | 3.70 | JK |
| | Preparing deposition exhibits. | 0.90 | SMT |
| Nov-03-15 | Correspondence re: subpoena and outstanding items. | 1.00 | ACH |
| | Review outline and prepare documents for D. Scheiber deposition | 0.50 | AJS |
| | Second chair D. Scheiber deposition | 8.50 | AJS |
| | Review outlines for A. Rodda and M. Mosca deposition | 1.00 | AJS |
| | Email S. Teng RE Filippo Berio website screenshots | 0.10 | AJS |
| | Review outline and prepare documents for D. Scheiber deposition | 0.30 | JK |
| | Take D. Scheiber deposition | 8.50 | JK |
| | Return travel from Roseland, NJ to Washington DC | 4.00 | JK |
| Nov-04-15 | Review outlines and prepare for A. Rodda and M. Mosca depositions | 1.00 | AJS |
| | Take A. Rodda and M. Mosca depositions | 6.40 | AJS |
| | Return travel from Roseland, NJ to Washington DC | 4.00 | AJS |
| Nov-05-15 | Discussing depositions with Silver. | 0.10 | HAZ |
| | Discuss recent depositions w/ H. Zavareei | 0.10 | AJS |
| | Email co-counsel RE EVOO claims | 0.10 | AJS |

| | | | |
|---|---|---|---|
| | Email co-counsel RE olive oil bottles in TZ possession | 0.10 | AJS |
| | Emails with Veritext re invoices | 0.30 | SMT |
| Nov-06-15 | Internal correspondence re: subpoena. | 1.10 | ACH |
| | Email K. Simplicio RE second set of requests for production | 0.10 | AJS |
| | Conference call w/ co-counsel RE subpoenas and class certification | 0.80 | AJS |
| | Draft response to subpoena | 1.20 | SMT |
| Nov-09-15 | Reviewing declaration. | 0.20 | ACH |
| | Review documents requested by C. Weir; email K. Simplicio RE same | 0.10 | AJS |
| Nov-10-15 | Reviewing subpoena and declaration, call with co-counsel, call with opposing counsel, meet with S. Teng. | 2.30 | ACH |
| | Email co-counsel RE SNA stay proposal | 0.10 | AJS |
| | Gather documents identified by C. Weir for expert report | 1.10 | AJS |
| | Discuss subpoena response w/ A. Haac and H. Zavareei | 0.30 | AJS |
| | T/c w/ K. Simplicio RE class certification | 0.30 | AJS |
| | Email H. Zavareei RE class certification | 0.20 | AJS |
| | Review T. Mueller deposition transcript in preparation for class certification brief | 1.70 | AJS |
| | Discuss class certification w/ S. Teng | 0.10 | AJS |
| | Prepare producer files to send to opposing counsel | 0.40 | SMT |
| | Meeting with A. Haac re Declaration | 0.90 | SMT |
| | Review plaintiff's productions | 2.40 | SMT |

|  |  |  |  |
|---|---|---|---|
|  | Preparing and organizing depo exhibits | 0.20 | SMT |
|  | Edits to A. Haac Filippo Berio bottle | 1.20 | SMT |
| Nov-11-15 | Email A. Gutride RE information to provide to R. Mailer | 0.50 | AJS |
|  | Email A. Haac RE electronic service | 0.10 | AJS |
| Nov-12-15 | Researching subpoenas. | 0.80 | ACH |
|  | Finish gathering documents and testimony to provide to C. Weir | 0.90 | AJS |
|  | Draft email to opposing counsel RE supplementing interrogatory response RE sales figures | 0.70 | AJS |
|  | Gather documents and testimony for R. Mailer declaration | 2.50 | AJS |
|  | Organizing Depo Transcripts and Exhibits | 0.30 | SMT |
|  | Reviewing confidentiality designations | 0.10 | SMT |
|  | Search A. Berkowitz email for Mostofi bottles info | 0.40 | SMT |
|  | More edits to A. Haac declaration | 1.30 | SMT |
| Nov-16-15 | Begin drafting class certification motion | 3.00 | AJS |
| Nov-17-15 | Meeting with Silver re stay motion. | 0.10 | HAZ |
|  | Discuss opposition to motion to stay w/ H. Zavareei | 0.10 | AJS |
| Dec-01-15 | Email K. Simplicio RE opp. to mot. to stay | 0.10 | AJS |
|  | Review order RE: mot. to stay | 0.10 | AJS |
| Dec-03-15 | Begin drafting opp. to mot. to stay | 4.90 | AJS |
|  | Discuss opp. to mot. to stay w/ K. Simplicio | 0.20 | AJS |
| Dec-07-15 | Finish draft of opp. to mot. to stay | 2.80 | AJS |

| | | | |
|---|---|---|---|
| | Email K. Simplicio RE opp. to mot. to stay | 0.10 | AJS |
| Dec-09-15 | Review Law360 article RE Whole Foods stay; email H. Zavareei RE same | 0.10 | AJS |
| | Review Mueller deposition transcript; email K. Simplicio RE same | 0.30 | AJS |
| | Review opp. to mot. to stay; email K. Simplicio RE same | 0.80 | AJS |
| Dec-14-15 | Change of Address filing | 0.10 | SMT |
| Dec-15-15 | Calendaring | 0.20 | SMT |
| Dec-18-15 | Conference call w/ co-counsel RE subpoenas and class certification | 1.50 | AJS |
| | Research for mot. for class certification | 1.00 | AJS |
| Dec-29-15 | Continue researching for mot. for class certification | 1.00 | AJS |
| Dec-31-15 | Email A. Gutride RE class certification | 0.60 | AJS |
| | Revise and send email to opposing counsel RE supplementing interrogatory responses | 0.20 | AJS |
| Jan-04-16 | Research factors not affecting price premium | 1.60 | AJS |
| Jan-05-16 | Continue drafting class certification motion | 5.10 | AJS |
| | Conference call w/ co-counsel RE discovery and class certification | 0.80 | AJS |
| Jan-06-16 | Continue drafting class certification motion | 4.90 | AJS |
| Jan-07-16 | Continue drafting class certification brief | 3.70 | AJS |
| Jan-08-16 | Revise draft class cert. motion | 0.60 | AJS |
| Jan-11-16 | Email H. Zavareei and J. Kaliel RE discovery | 0.10 | AJS |
| | T/c w/ C. Weir RE expert report | 0.10 | AJS |
| | Email C. Weir RE expert report | 0.10 | AJS |

| Jan-12-16 | Review Salov document production; email co-counsel RE same | 0.40 | AJS |
|---|---|---|---|
| | Research catalyst theory | 1.20 | AJS |
| | Revise class certification brief; email K. Simplicio RE same | 2.40 | AJS |
| | Discuss class certification w/ S. Teng | 0.10 | AJS |
| | Download production | 0.50 | SMT |
| | Chat with A. Silver re class cert logistics | 0.10 | SMT |
| Jan-13-16 | T/c w/ K. Simplicio RE class certification | 0.40 | AJS |
| | Discuss class certificaiton w/ S. Teng | 0.20 | AJS |
| | Call re Class Certification brief with A. Silver and K. Simplicio | 0.40 | SMT |
| Jan-14-16 | Preparing deposition errata | 0.10 | SMT |
| | class cert transcript exhibits | 0.20 | SMT |
| Jan-15-16 | Begin drafting class certification supporting documents, and coordinate w/ S. Teng RE class certification exhibits | 3.00 | AJS |
| | Discuss third-party discovery compliation w/ S. Teng; email C. Weir RE same | 0.20 | AJS |
| | Email opposing counsel RE third-party document production | 0.10 | AJS |
| | Email co-counsel RE class certification biref status | 0.20 | AJS |
| | Class certification exhibits | 3.00 | SMT |
| Jan-18-16 | Editing and revising class certification brief. | 6.30 | HAZ |
| | Revise and finalize class certification brief and supporting materials | 7.00 | AJS |
| Jan-19-16 | Drafting and editing HAZ declaration. | 2.10 | HAZ |

|  |  |  |  |
|---|---|---|---|
|  | Revise, redact, and finalize class certification motion and supporting documents | 6.50 | AJS |
|  | Preparing draft of HAZ Declaration | 2.60 | SMT |
|  | Proof-read draft brief | 1.90 | SMT |
|  | Edits to Class Brief | 0.70 | SMT |
|  | Tables to Class Brief | 1.50 | SMT |
| Jan-20-16 | Filing class cert under seal | 0.40 | SMT |
| Feb-05-16 | Email co-counsel RE RFA responses | 0.10 | AJS |
| Feb-11-16 | Email H. Zavareei and J. Kaliel RE email service | 0.10 | AJS |
|  | Draft letter of request RE Salov S.p.A. | 2.00 | AJS |
| Feb-12-16 | Finalize draft letter of request RE Salov S.p.A. | 0.50 | AJS |
| Feb-16-16 | Revise Hague letter of request | 3.00 | AJS |
| Feb-17-16 | Begin drafting motion for issuance of letter of request | 2.00 | AJS |
| Feb-18-16 | Continue drafting motion for issuance of letter of request | 1.00 | AJS |
|  | Preparing Weir Production | 0.20 | SMT |
| Feb-19-16 | Email opposing counsel RE letter of request | 0.20 | AJS |
|  | Continue drafting mot. for letter of request | 1.00 | AJS |
| Feb-22-16 | Draft motion for issuance of letter of request and supporting documents; revise proposed letter of request | 8.20 | AJS |
|  | Email re Weir Subpoena response | 0.10 | SMT |
| Feb-23-16 | Revise and finalize mot. for issuance of letter of request | 5.50 | AJS |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | T/c w/ K. Simplicio RE mot. for issuance of letter of request | 0.20 | AJS |
| | pull exhibits and phone call with A. Abate re motion to seal | 0.60 | SMT |
| Feb-24-16 | Draft mot. to seal and supporting documents | 3.00 | AJS |
| | Mot for LOR/accompanying Mot to Seal | 3.40 | SMT |
| | Finalize and file Mot for LOR and Mot to Seal | 1.50 | SMT |
| | File maintenance re LOR and Mot to Seal; also email proposed orders | 0.50 | SMT |
| Feb-25-16 | Meet with A. Silver and H. Zavareei re open tasks. | 0.10 | ACH |
| Mar-09-16 | Review Salov opp. to mot. for letter of request | 0.50 | AJS |
| Mar-10-16 | Meet with J. Kaliel, A. Silver, and H. Zavareei. | 0.20 | ACH |
| | Draft reply ISO mot. for letter of request | 3.40 | AJS |
| | Research for reply ISO mot. for letter of request | 3.30 | AJS |
| | Meeting re open tasks. | 0.20 | JK |
| Mar-11-16 | Finalize draft reply ISO motion for issuance of letter of request; email K. Simplicio RE same | 0.90 | AJS |
| Mar-16-16 | Reviewing and editing reply brief in support of letters rogatory; reviewing class certification opposition; research regarding cases cited in same. | 5.90 | HAZ |
| | Reviewing opposition to class certification; meeting with Silver re same. | 1.70 | HAZ |
| | Email K. Simplicio and A. Gutride RE Hauge letter of request | 0.20 | AJS |
| | Discuss opp. to class cert. w/ H. Zavareei | 0.10 | AJS |
| | Review opp. to class cert.; email co-counsel RE same | 1.70 | AJS |

|  | | | |
|---|---|---|---|
|  | Revise and finalize reply ISO letter of request | 3.40 | AJS |
|  | Preparing tables and cites for reply Brief ISO LOR | 2.60 | SMT |
| Mar-21-16 | Conference with Silver re case strategy. | 0.10 | HAZ |
|  | Discuss case status w/ H. Zavareei | 0.10 | AJS |
|  | Review MacDonald v. Ford decision; email H. Zavareei RE same | 0.10 | AJS |
| Mar-22-16 | Review class certification briefing and supporting documents | 2.20 | AJS |
|  | T/c w/ co-counsel RE case status | 0.60 | AJS |
|  | Research 9th Cir. ascertainability cases; email H. Zavareei RE same | 0.20 | AJS |
| Mar-25-16 | Meet with A. Silver re case management. | 0.10 | ACH |
| Mar-27-16 | Review order RE letter of request; email co-counsel RE same | 0.20 | AJS |
| Mar-31-16 | Conference call re case management with co-counsel. | 0.40 | ACH |
| Apr-05-16 | T/c w/ K. Simplicio | 0.10 | AJS |
| Apr-07-16 | Review Ugone declaration | 2.20 | AJS |
| Apr-08-16 | Draft notes on Ugone declaration | 1.70 | AJS |
| Apr-10-16 | Finish notes on Ugone declaration | 3.00 | AJS |
| Apr-11-16 | Revise proposed letter of request, pursuant to order | 2.40 | AJS |
| Apr-19-16 | Begin researching for reply ISO mot. for class certification | 1.20 | AJS |
| Apr-20-16 | Email H. Zavareei RE class certification | 0.20 | AJS |
| Apr-21-16 | Continue researching for reply ISO class cert. | 0.80 | AJS |

|  |  |  |  |
|---|---|---|---|
|  | Revise letter of request | 0.60 | AJS |
| Apr-25-16 | Draft reliance and materiality section of reply ISO class cert. | 5.80 | AJS |
|  | Review Mueller declaration | 0.70 | AJS |
|  | Begin drafting section on class member exposure of reply ISO class cert. | 0.20 | AJS |
|  | Research amending class definition | 1.00 | AJS |
| Apr-26-16 | Drafting and editing reply in support of class certification. | 3.90 | HAZ |
|  | Finish drafting section on class member exposure to challenged representation for reply ISO class cert. | 2.70 | AJS |
|  | Research ascertainability | 1.00 | AJS |
|  | Draft response to Salov ascertainability argument | 1.40 | AJS |
| Apr-27-16 | Email opposing counsel RE proposed letter of request | 0.20 | AJS |
|  | Research damages issues for reply ISO mot. for class certification | 2.00 | AJS |
|  | Email A. Gutride RE class certification brief | 0.10 | AJS |
| Apr-28-16 | Research for superiority section of reply ISO class cert. | 1.00 | AJS |
| May-02-16 | Finish draft reply ISO class certification | 2.70 | AJS |
|  | Revise proposed letter of request | 2.50 | AJS |
| May-04-16 | Review documents for brand loyalty references | 1.80 | AJS |
| May-06-16 | Research for answer to CBP arguments RE reply ISO class cert. | 1.40 | AJS |
|  | Factual research for reply ISO class cert. | 1.10 | AJS |

| | | | |
|---|---|---|---|
| May-09-16 | Work on supporting documents for reply ISO class cert., and finalize same | 5.50 | AJS |
| May-10-16 | Finalize class certification reply and supporting documents, and redact same | 5.50 | AJS |
| May-24-16 | Emails with Gutride re hearing; drafting supplemental declaration. | 3.40 | HAZ |
| Jul-06-16 | Review orders RE sealed documents; email K. Simplicio and N. Laporte RE same | 0.10 | AJS |
| Jul-08-16 | Meeting re testing documents. | 0.10 | ACH |
| Jul-11-16 | Work on documents needed to re-file reply ISO class certification | 2.00 | AJS |
| | Prepare documents with amended redactions per court order. | 3.50 | NRL |
| Jul-12-16 | Finalize re-filing of reply ISO class cetification | 2.00 | AJS |
| | Compile amended versions of redacted documents for filing per court order. | 4.00 | NRL |
| Jul-15-16 | Review class certification order | 0.60 | AJS |
| Jul-16-16 | Meeting re documents production. | 0.20 | ACH |
| | Discussion with A. Haac and A. Silver. | 0.20 | JK |
| Jul-30-16 | Call with Salov team. | 0.40 | HAZ |
| | Conference call with A. Haac and H. Zavareei. | 0.40 | AJS |
| Aug-08-16 | T/C with Simplicio and Gutride regarding settlement and notice issues. | 0.70 | HAZ |
| | Conference call w/ co-counsel | 0.30 | AJS |
| Aug-10-16 | Draft portions of CMC | 0.80 | AJS |
| | Finish revising CMC statement | 1.00 | AJS |
| Aug-11-16 | Editing and revising settlement term sheet. | 1.30 | HAZ |

|  |  |  |  |
|---|---|---|---|
|  | Review draft term sheet; revise and edit same; email H. Zavareei RE same | 0.70 | AJS |
|  | Email A. Gutride RE Salov CMC | 0.10 | AJS |
| Aug-12-16 | Reviewing settlement agreement, internal correspondence re: same. | 0.30 | ACH |
| Aug-26-16 | Discussion with A. Silver. | 0.30 | ACH |
| Aug-28-16 | Working with Cam Azari on potential notice solutions. | 1.40 | HAZ |
| Sep-02-16 | Meeting with H. Zavareei and A. Silver re review of production. | 0.10 | JK |
| Sep-06-16 | Reviewing settlement proposals; emails with co-counsel regarding same. | 2.10 | HAZ |
| Sep-25-16 | Meeting regarding discovery. | 1.20 | ACH |
|  | Discuss discovery issues with A. Haac and H. Zavareei. | 1.20 | AJS |
| Sep-28-16 | Meet with A. Silver re m&c. | 0.20 | ACH |
| Sep-29-16 | Deposition discussion with A. Silver. | 0.10 | JK |
| Oct-06-16 | Meet re Discovery and Depos. | 0.10 | JK |
| Oct-26-16 | Internal and external correspondence re: settlement, review and drafting for mediation brief. | 5.60 | ACH |
|  | Discuss mediation w/ A. Haac | 0.30 | AJS |
|  | Review email discussions RE settlement | 0.20 | AJS |
|  | T/c w/ co-counsel RE mediation | 0.50 | AJS |
|  | Research for mediation statement; email A. Haac RE same | 0.20 | AJS |
| Oct-27-16 | Drafting mediation statement. | 3.20 | ACH |
|  | VM with opposing counsel. | 0.10 | ACH |

| | | | |
|---|---|---|---|
| | Discuss mediation statement w/ A. Haac; draft additions to mediation statement, and research for mediation statement | 1.00 | AJS |
| | Discussion re depositions. | 0.10 | JK |
| | Call with S. Teng re motion to seal. | 0.40 | AEA |
| Oct-28-16 | Call with Gutride/Safier regarding upcoming mediation. | 0.30 | HAZ |
| | Drafting mediation statement. | 4.50 | ACH |
| | Draft inserts for mediation statement | 3.00 | AJS |
| | Review draft of mediation statement | 1.00 | AJS |
| | A. Haac Pro Hac Vice application. | 0.70 | NRL |
| | Create letter template. | 0.20 | NRL |
| Oct-31-16 | Editing draft mediation statement. | 6.90 | HAZ |
| | Drafting mediation statement. | 3.80 | ACH |
| | Respond to emails from A. Haac RE mediation statement; email A. Haac RE draft of mediation statement | 0.30 | AJS |
| Nov-01-16 | format exhibits for mediation. | 0.20 | NRL |
| Nov-02-16 | Internal and external correspondence re: mediation. | 0.90 | ACH |
| | Finalizing mediation letter, revising exhibits, internal and external correspondence re: same. | 1.20 | ACH |
| Nov-04-16 | Internal correspondence re: mediation. | 0.20 | ACH |
| | Discuss mediation w/ A. Haac | 0.20 | AJS |
| | Revise case documents and mediation statement in preparation for mediation | 0.50 | AJS |
| Nov-05-16 | Reviewing status report. | 0.10 | ACH |

| | | | |
|---|---|---|---|
| Nov-07-16 | Travel to California for mediation. | 7.00 | ACH |
| | Meeting re: mediation. | 1.00 | ACH |
| | Travel from Washington, DC to Oakland, CA for mediation | 8.50 | AJS |
| Nov-08-16 | Mediation. | 11.00 | ACH |
| | Meet w/ A. Gutride and S. Safier prior to mediation | 0.50 | AJS |
| | Attend mediation | 10.50 | AJS |
| | Email H. Zavareei RE mediation conclusion | 0.10 | AJS |
| Nov-09-16 | Travel from California. | 8.00 | ACH |
| | Return travel from San Francisco, CA to Washington, DC | 8.50 | AJS |
| Nov-10-16 | Meet with A. Silver re mediation. | 0.40 | HAZ |
| | Discuss mediation w/ H. Zavareei | 0.40 | AJS |
| Nov-14-16 | Draft pro hac application. | 1.20 | NRL |
| Nov-15-16 | Mediation meeting with A. Silver. | 0.10 | ACH |
| | Discuss mediation w/ A. Haac | 0.10 | AJS |
| Nov-16-16 | Discuss pro hac vice with N. Laporte. | 0.10 | ACH |
| | Conversation with A. Haac re Pro Hac Vice admission fee. | 0.10 | NRL |
| Nov-29-16 | Internal correspondence re: settlement. | 0.10 | ACH |
| Dec-05-16 | Internal correspondence. | 0.20 | ACH |
| Dec-09-16 | Internal correspondence. | 0.10 | ACH |
| Dec-12-16 | Internal correspondence, drafting prelminary approval motion. | 0.20 | ACH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-15-16 | Reviewing and commenting on settlement agreement; reviewing and editing joint undertaking; emails with Gutride re same; conference with Haac re preliminary approval motion; drafting and editing same. | 5.70 | HAZ |
| | Drafting preliminary approval motion. | 2.00 | ACH |
| Dec-18-16 | Drafting preliminary approval motion. | 2.40 | ACH |
| Dec-19-16 | Drafting preliminary approval motion and correspondence re: same. | 5.70 | ACH |
| Dec-20-16 | Editing preliminary approval motion, correspondence re: same. | 1.90 | ACH |
| Dec-21-16 | Editing motion for preliminary approval. | 1.50 | ACH |
| Dec-26-16 | Research for and revising preliminary approval motion, drafting declaration in support of same. | 10.00 | ACH |
| Dec-27-16 | Research for and revising preliminary approval motion, drafting declaration in support of same, and related correspondence with co-counsel. | 3.50 | ACH |
| | Drafting joint admin motion, researching same, and related correspondence. | 1.00 | ACH |
| Dec-29-16 | Preparing and finalizing preliminary approval motion. | 2.80 | HAZ |
| | Reviewing opposing counsel edits to preliminary approval motion and revising same. | 1.70 | ACH |
| | Finalizing pleadings, internal correspondence re: same. | 1.50 | ACH |
| Dec-30-16 | Finalizing preliminary approval motion. | 3.40 | HAZ |
| | Final review and editing of preliminary approval pleadings, internal correspondence re: same. | 3.20 | ACH |
| | Prepare motion and dec. | 2.80 | NRL |

| | | | |
|---|---|---|---|
| Jan-09-17 | Reviewing order, internal and external correspondence. | 0.30 | ACH |
| | Reviewing pleadings, revising same per court's instruction. | 0.20 | ACH |
| Jan-11-17 | Reviewing pleadings per judge's order and related correspondence with co-counsel. | 0.50 | ACH |
| | Change dates on drafts of prelim approval materials. | 0.70 | NRL |
| Jan-13-17 | Reviewing and editing amended preliminary approval motion. | 0.40 | ACH |
| Jan-17-17 | Correspondence with opposing counsel, drafting cover letter to court, revising proposed order. | 1.40 | ACH |
| Jan-18-17 | Internal correspondence re: filing. | 0.20 | ACH |
| | File amended dates on docket. | 0.90 | NRL |
| Jan-19-17 | Create binder for A. Haac. | 0.80 | NRL |
| Jan-23-17 | Travel to San Francisco for preliminary approval hearing. | 4.00 | ACH |
| Jan-24-17 | Preliminary approval motion hearing and internal meeting re: same. | 3.00 | ACH |
| | Travel from CA. | 4.00 | ACH |
| | Amend preliminary approval documents. | 1.20 | NRL |
| Jan-25-17 | Internal and external correspondenc re: hearing and revised order, editing same. | 1.70 | ACH |
| | Amend proposed order | 0.50 | NRL |
| Jan-26-17 | Correspondence with co-counsel. | 0.20 | ACH |
| | Revising second amended proposed order and cover letter, reviewing online mock-up, correspondence with opposing counsel re: same. | 1.40 | ACH |
| Feb-17-17 | Researching settlement agreement. | 0.30 | ACH |

| | | | |
|---|---|---|---|
| Mar-20-17 | Emails regarding claims data. | 0.30 | HAZ |
| Mar-28-17 | Begin drafting final approval brief | 2.50 | AJS |
| Apr-03-17 | Continue working on final approval brief | 6.70 | AJS |
| Apr-04-17 | Editing and revising final approval motion. | 4.30 | HAZ |
| | Finish first draft of final approval brief | 5.80 | AJS |
| Apr-05-17 | Reviewing and preparing time sheets for production; revising declarations; revising draft final approval brief. | 6.20 | HAZ |
| | Draft supporting documents for final approval submission | 8.30 | AJS |
| | Revise final approval brief | 2.00 | AJS |
| | Check time and expenses for FA decs. | 0.60 | NRL |
| | Prepare documents for Final Approval filing. | 0.80 | NRL |
| Apr-06-17 | Revise H. Zavareei declaration | 1.00 | AJS |
| | Review letter from TINA.org RE settlement | 0.20 | AJS |
| | Research TINA.org | 1.00 | AJS |
| | Totals | 1003.70 | |