# EXHIBIT B

```
                        Tycko & Zavareei LLP
                         1828 L Street, N.W.
                             Suite 1000
                         Washington, DC 20036

                  Ph: (202) 973-0900 Fax: (202) 973-0950
```

April 6, 2017

File #:      248-03

RE:    Kumar v. Salov North America Corp. and ItalFoods, Inc.

DISBURSEMENTS

| | | |
|---|---|---:|
| | Postage | 6.99 |
| Apr-06-15 | Court document retreival from 1st quarter PACER Service | 2.00 |
| Apr-17-15 | Photocopying 625 @ 0.15 | 93.75 |
| May-18-15 | Conference calls | 8.64 |
| May-19-15 | Photocopies  164 @ 0.15 | 24.60 |
| Jun-17-15 | Photocopies  33 @ 0.15 | 4.95 |
| Jul-20-15 | Photocopies  2 @ 0.15 | 0.30 |
| Sep-17-15 | Photocopies  21 @ 0.15 | 3.15 |
| Oct-02-15 | Service of process by Capital Process Services invoice 15-128579 on 9/30/15 | 125.00 |
| Oct-07-15 | Court document recovery from Pacer Service 3rd quarter invoice | 26.30 |
| Oct-16-15 | Conference call on 9/14/15 at 3:30 pm | 3.24 |
| Oct-20-15 | Service of process to J. M. Smuckers by Capitol Process Services invoice 15-128585 | 75.00 |
| | Service of process to Botticelli Foods by Capitol Process Services invoice 15-128582 | 75.00 |
| | Service of process to ACH food Compani | |

Page 1

|   |   |   |
|---|---|---|
|   | es by Capitol Process Services invoice 15-128527 | 225.00 |
|   | Service of process to Colavita USA by Capitol Process Services invoice 15-128574 | 225.00 |
|   | Photocopies  5812 @ 0.15 | 871.80 |
| Oct-21-15 | Certificate of good standing for A. Silver | 5.00 |
| Oct-31-15 | Expert witness fee by Economics & Technology invoice 201506271 | 10,500.00 |
| Nov-09-15 | Service of process by Capitol Process Services invoice 15-128586 | 150.00 |
| Nov-13-15 | Service of process by Capitol Process Services invoice 15-128584 | 75.00 |
| Nov-18-15 | Photocopies  2817 @ 0.15 | 422.55 |
| Nov-23-15 | Curb cab on 10/19/15 | 7.39 |
|   | Curb cab on 10/19/15 | 14.89 |
|   | DC Taxi on 10/19/15 | 8.74 |
|   | Desmond cab on 11/5/15 | 30.00 |
|   | Newark Airport Marriott on 10/5/15 | 322.25 |
|   | The W Hoboken hotel on 11/4/15 | 191.40 |
|   | National car rental on 11/3/15 | 200.85 |
|   | Uber cab on 11/2/15 | 47.86 |
|   | National car tolls on 10/23/15 | 6.32 |
|   | Cab in Newark on 10/23/15 | 11.22 |
|   | Uber cab on 10/20/15 | 40.94 |
|   | United Airlines on 10/16/15 | 532.10 |
|   | Amtrak ticket on 10/23/15 | 157.00 |
|   | DC Taxi on 11/4/15 | 11.09 |
|   | The Grand Wilshire in WestOrange on 11/4/15 | 69.37 |
|   | Uber cab on 11/4/15 | 24.07 |
|   | Uber cabs (2) on 11/3/15 | 62.58 |
|   | Uber cab on 11/2/15 | 16.08 |
|   | Hotels.com reservation 12/23/15 | 348.44 |
|   | Uber cab on 11/23/15 | 7.06 |
|   | United Airlines on 10/23/15 | 178.10 |
|   | Uber cabs (2) on 10/22/15 | 30.03 |
|   | Uber cabs (2) on 10/22/15 | 60.43 |
|   | Lyft cab on 10/20/15 | 12.04 |
|   | Uber cab on 10/20/15 | 12.95 |
|   | Amtrak ticket on 10/16/15 | 188.00 |
|   | United Airlines ticket on 10/16/15 | 228.10 |

|           | Federal express delivery on 10/31/15 | 44.80 |
|---|---|---|
|           | Federal express delivery on 10/19/15 | 51.23 |
| Dec-07-15 | Service of process by Capitol Process Services invoice 15-128587 | 75.00 |
| Dec-08-15 | Attempted service of process by Capitol Process Service invoice 15-128572 | 75.00 |
| Dec-18-15 | Conference call on 11/10/15 at 11:30 am | 1.96 |
|           | Conference call on 11/10/15 at 10:30 am | 0.12 |
| Dec-21-15 | Photocopies  28 @ 0.15 | 4.20 |
| Jan-21-16 | Photocopies  116 @ 0.15 | 17.40 |
| Jan-29-16 | Court document retrival through Pacer 4th quarter 2015 invoice | 2.00 |
| Feb-29-16 | Conference call on 1/5/16 at 4 pm | 9.84 |
|           | Photocopies  36 @ 0.15 | 5.40 |
| Mar-01-16 | Expert witness fee by Economics & Technology invoice 201706393 | 4,050.00 |
| Mar-18-16 | Photocopies  105 @ 0.15 | 15.75 |
| Apr-28-16 | Photocopies  247 @ 0.15 | 37.05 |
| May-31-16 | Expert witness services provided by Economics & Technology invoice 201606462 | 17,405.62 |
|           | Photocopies  101 @ 0.15 | 15.15 |
| Jun-17-16 | Court document retrieval through Pacer 1st quarter 2016 | 8.10 |
| Aug-26-16 | Federal Express delivery on 7/18/16 | 70.81 |
| Sep-30-16 | Photocopies  837 @ 0.15 | 125.55 |
| Oct-10-16 | Court document retrieval through Pacer 3rd Quarter invoice | 8.70 |
| Oct-31-16 | Photocopies  143 @ 0.15 | 21.45 |
| Nov-22-16 | Oakland Marriott hotel in Oakland on 11/9/16 | 251.42 |
|           | Parking at Oakland Convention Center on 11/8/16 | 39.00 |
|           | SWAir baggage fee on 11/7/16 | 40.00 |
|           | SWAir ticket on 10/31/16 | 224.98 |
|           | Uber cab on 11/10/16 | 35.50 |
|           | Oakland Marriott on 11/9/16 | 275.23 |
|           | Uber cab on 11/09/16 | 15.85 |

|  |  |  |
|---|---|---:|
|  | Uber cabs (2) on 11/7/16 | 50.92 |
|  | AA ticket on 10/28/16 to San Francisco on 11/7/16 | 493.70 |
| Dec-30-16 | Conference call on 10/26/16 at 12:30 pm | 3.54 |
| Feb-02-17 | Cab to Airport on 1/25/16 | 40.00 |
| Feb-28-17 | Photocopies  347 @ 0.15 | 52.05 |
| Mar-31-17 | Expert witness fee by Economics & Technology invoice 201706666 | 3,056.25 |
|  | Totals | $42,366.14 |