# Exhibit A



**If you purchased Filippo Berio Olive Oil a class action settlement may affect your rights.**

A proposed class action settlement has been reached concerning Filippo Berio Olive Oil marketing practices. The case is known as *Kumar v. Salov North America Corp.*, Case No. 4:14-cv-02411-YGR (N.D. Cal.).

**What is this about?**

The lawsuit claims that Filippo Berio olive oil products were inappropriately marketed as "Imported from Italy" on the front label. As part of the settlement, defendant Salov North America Corp. has agreed to stop this marketing practice and provide payments for customers. The defendant denies any wrongdoing.

**Who is a class member?**

You are an eligible class member if you purchased, between May 23, 2010 and June 30, 2015, (in the United States, for personal use and not resale), any of the following Filippo Berio branded olive oil products: Robusto Extra Virgin Olive Oil, Extra Virgin Olive Oil, Delicato Extra Virgin Olive Oil, Organic Extra Virgin Olive Oil, Olive Oil, or Light Tasting Olive Oil.

**What are the benefits?**

Defendant will provide class members a payment of $0.50 per can or bottle purchased. A minimum of $2.00 will be paid to any class member who submits a valid claim. Class members can obtain payments for up to 10 purchases (up to $5.00 per household) *without* proof of purchase. Proof of purchase is required to obtain a payment of more than $5.00 per household (for more than 10 bottles or cans purchased).

**What are my rights?**

You have the right to make a claim, to object to the settlement, to exclude yourself from the litigation, or to do nothing. To receive a payment, you must submit a claim, either online or by mail to the administrator. Your claim must be postmarked by May 2, 2017. In the alternative, you may exclude yourself from the litigation. This is the only way to preserve your right to pursue a separate lawsuit against the defendant about the claims released by this settlement. You will receive no payment. Your request for exclusion must be received by May 2, 2017. Finally, you may object to the settlement. To object, you must submit an objection in writing that complies with the requirements in the settlement notice available at www.SNAOliveOilSettlement.com. Your objection must be received by May 2, 2017. If you do nothing, you will receive no payment and have no right to sue later for the claims released by the settlement.

The Court will hold a Fairness Hearing in the U.S. District Court for the Northern District of California, 1304 Clay Street, Oakland, CA 94612, Courtroom 5, 2nd Floor, on May 30, 2017 at 2:00 p.m., to decide whether to approve the settlement and to award attorneys' fees and expenses of up to $982,500, to be paid by Defendant, and $2,500 for the Plaintiff, as a representative award. The motion for fees and expenses will be posted on the website below after they are filed. You may attend this hearing, but you don't have to.

Payments will be made to the Settlement Class only if the Court approves the settlement and all appeals are resolved. Please be patient.

If the settlement does not become effective, the litigation will continue, but only on behalf of purchasers in California. If you are a purchaser in California, you have the same rights under the settlement as other class members. You also have the right to make a claim or object now and exclude yourself from the litigation later, if the settlement does not become effective.

For more information, please visit www.SNAOliveOilSettlement.com, or contact the claim administrator at 1-844-702-2783 or by writing to: Kumar v Salov, c/o Heffler Claims Group, P.O. Box 58476, Philadelphia, PA 19102-8476, or contact class counsel Gutride Safier LLP at www.gutridesafier.com.

1-844-702-2783
www.SNAOliveOilSettlement.com



**RETURNING TO PAISLEY PARK**
"When I learned what happened, my very first reaction was, 'He's with our son now,'" recalls Garcia, who returned to the couple's former home, where Prince died, in 2016. "The only thing that makes me smile and move forward is that I know I'll see him again."

when I read in the *Minneapolis Star Tribune* that when his body was found in the elevator at Paisley Park, "Prince was wearing a black shirt and pants—both were on backwards—and his socks were inside-out."

*He had other actual girlfriends, but after shows he and Garcia would talk, chastely, in his room until dawn. Garcia was smitten, but Prince's demands went beyond her wardrobe. One day after she had gained a few pounds, he spotted whipped cream on her make-up artist's table.*

"Is that yours?"

"I'm not eating it," I said. He left. Twenty minutes later, the tour accountant came in and said "I'm so sorry. I have to dock your pay this week."

Looking over at Prince later I thought, I hate you right now.

*When she was 19, Prince made a pronouncement.*

He leaned in to my ear and said "I think it's time."

"For…"

"For you to get birth control."

A week or so later, I wrote in bold in my journal: February 9, 1993—not a virgin. And I drew a winking smiley face. Patience pays off.

*Touring was physically punishing for both of them, but Prince never complained about his pain. One day he called her sounding "foggy."*

When I saw him later, he seemed vulnerable and weirdly…loopy.

"Are you all right?" I asked.

"Yeah. Not feeling well."

I never actually saw Prince doing drugs. He didn't want me to. I'm sure he knew what my reaction would be. He had a black bag always close at hand, but the contents were pretty tame: candy, vitamins, make-up, a Bible. But there were a few disturbing occasions when he told me he was "sick" or had a "migraine." Looking back, I can see it was something else.

*They married on Valentine's Day 1996 and were both thrilled when, weeks later, Garcia was pregnant. They chose the name Amiir, Arabic for Prince. But the star was beginning to show troubling signs. On one occasion he had to have his stomach pumped after passing out: red wine and aspirin, he claimed. Her pregnancy, meanwhile, was not going smoothly. After a bleed that landed her in the hospital, her doctor recommended testing for genetic abnormalities.*

"Sometimes the body is trying to release the fetus for a reason." She explained that amniocentesis carries a risk of miscarriage. My husband said, "No. We're not doing that."

When he got home, he got down on his knees and prayed and I prayed with him. "Please, bless this child," he said. "We know you won't allow this child to be harmed." We did this every day from that hour forward.

*Garcia gave birth via C-section on Oct. 16, 1996.*

I don't know how to describe the look on my husband's face. Pure joy.

And then they held the baby up to those harsh lights. The elation on my

DRESS: ULLA JOHNSON; RING: SYDNEY EVAN; NECKLACE: AU RATE; TOP LEFT: COURTESY MAYTE GARCIA; BOTTOM RIGHT: BROADIMAGE/REX SHUTTERSTOCK



YOU COULD **WIN A $5,000 VACATION** p 142

# GOOD HOUSEKEEPING

*QUALITY TESTED*

# SPRING FUN

## 36 FRESH+EASY EASTER RECIPES

**NATURAL CLEANERS** *that work!*

& **FAST FIXES TO SAVE BIG $$$**

**50 BEAUTIFUL** *& delicious* **EGG IDEAS**

*your* **BEAUTY PROBLEMS** *SOLVED!*

*Plus* **WALK YOURSELF HEALTHY** *in* **20 MINUTES** *a day!*

## If you purchased Filippo Berio Olive Oil a class action settlement may affect your rights.

A proposed class action settlement has been reached concerning Filippo Berio Olive Oil marketing practices. The case is known as *Kumar v. Salov North America Corp.*, Case No. 4:14-cv-02411-YGR (N.D. Cal.).

### What is this about?
The lawsuit claims that Filippo Berio olive oil products were inappropriately marketed as "Imported from Italy" on the front label. As part of the settlement, defendant Salov North America Corp. has agreed to stop this marketing practice and provide payments for customers. The defendant denies any wrongdoing.

### Who is a class member?
You are an eligible class member if you purchased, between May 23, 2010 and June 30, 2015, (in the United States, for personal use and not resale), any of the following Filippo Berio branded olive oil products: Robusto Extra Virgin Olive Oil, Extra Virgin Olive Oil, Delicato Extra Virgin Olive Oil, Organic Extra Virgin Olive Oil, Olive Oil, or Light Tasting Olive Oil.

### What are the benefits?
Defendant will provide class members a payment of $0.50 per can or bottle purchased. A minimum of $2.00 will be paid to any class member who submits a valid claim. Class members can obtain payments for up to 10 purchases (up to $5.00 per household) *without* proof of purchase. Proof of purchase is required to obtain a payment of more than $5.00 per household (for more than 10 bottles or cans purchased).

### What are my rights?
You have the right to make a claim, to object to the settlement, to exclude yourself from the litigation, or to do nothing. To receive a payment, you must submit a claim, either online or by mail to the administrator. Your claim must be postmarked by May 2, 2017. In the alternative, you may exclude yourself from the litigation. This is the only way to preserve your right to pursue a separate lawsuit against the defendant about the claims released by this settlement. You will receive no payment. Your request for exclusion must be received by May 2, 2017. Finally, you may object to the settlement. To object, you must submit an objection in writing that complies with the requirements in the settlement notice available at www.SNAOliveOilSettlement.com. Your objection must be received by May 2, 2017. If you do nothing, you will receive no payment and have no right to sue later for the claims released by the settlement.

The Court will hold a Fairness Hearing in the U.S. District Court for the Northern District of California, 1304 Clay Street, Oakland, CA 94612, Courtroom 5, 2nd Floor, on May 30, 2017 at 2:00 p.m., to decide whether to approve the settlement and to award attorneys' fees and expenses of up to $982,500, to be paid by Defendant, and $2,500 for the Plaintiff, as a representative award. The motion for fees and expenses will be posted on the website below after they are filed. You may attend this hearing, but you don't have to.

Payments will be made to the Settlement Class only if the Court approves the settlement and all appeals are resolved. Please be patient.

If the settlement does not become effective, the litigation will continue, but only on behalf of purchasers in California. If you are a purchaser in California, you have the same rights under the settlement as other class members. You also have the right to make a claim or object now and exclude yourself from the litigation later, if the settlement does not become effective.

**For more information, please visit www.SNAOliveOilSettlement.com, or contact the claim administrator at 1-844-702-2783 or by writing to: Kumar v Salov, c/o Heffler Claims Group, P.O. Box 58476, Philadelphia, PA 19102-8476, or contact class counsel Gutride Safier LLP at www.gutridesafier.com.**

**1-844-702-2783**
**www.SNAOliveOilSettlement.com**

---



### Mediterranean Hummus Egg Smash
**PREP** 15 MINUTES
**TOTAL** 30 MINUTES

- 1 Tbsp. olive oil
- 1 sm. red bell pepper, seeded and finely chopped
- 1 sm. red onion, finely chopped
- ½ tsp. smoked paprika, plus more for garnish
- 1 mini cucumber, finely chopped
- ¼ c. finely chopped walnuts
- 2 Tbsp. finely chopped parsley
- 2 c. store-bought or homemade hummus
- 1 Tbsp. distilled white vinegar
- 1 lg. egg
- Pitas, for serving

**1.** In 10-in. skillet, heat oil on med. Add pepper, onion, paprika and ¼ tsp. salt; cook 6 to 8 min. or until tender, stirring. Cool slightly, then stir in cucumber, walnuts and parsley.
**2.** In deep 10-in. skillet, heat vinegar and 1 in. cold water to simmering on med. Crack egg into sm. cup. Gently swirl water in circle and place egg into water; stir water to gather whites around yolk. Cook 3 to 5 min. or until whites are set but yolk is still runny.
**3.** Meanwhile, spread hummus in shallow bowl; top with vegetable mixture, creating indentation in center. When egg is cooked, remove with slotted spoon and blot dry on paper towel before placing in indentation. Garnish with pinch paprika. Serve immediately with pita.

**SERVES 8** About 185 cals, 7 g protein, 14 g carbs, 12 g fat (2 g sat), 4 g fiber, 225 mg sodium.

**HOMEMADE HUMMUS**
In 4-qt. saucepan, place 1 c. **dried chickpeas** and 1 tsp. **baking soda;** add enough cold water to cover by 2 in. Let soak overnight. Drain (do not rinse); return to pot along with enough cold water to cover by 2 in. Heat to boiling on high. Reduce heat to med.; simmer 1 hr. or until chickpeas are soft and skins have loosened. In food processor, pulse 4 cloves **garlic,** 6 Tbsp. fresh **lemon juice** and ¾ tsp. each **salt** and **ground cumin** until chopped. Add ¾ c. **tahini (sesame paste)** and ⅓ c. **water;** pulse until smooth. Drain cooked chickpeas and add to tahini mixture; process until smooth, stopping and stirring occasionally. Store in airtight container in refrigerator up to 2 weeks. Makes about 3½ c.