# Exhibit B

# CONVERSANT SCREENSHOTS

HF Media

Olive Oil Buyers - Q1 2017

PRESENTED BY

**CONVERSANT**

February 27, 2017



# MARTHA STEWART - 728X90



© 2014, Conversant, Inc. All rights reserved.

# ACCUWEATHER – 300X250



© 2014, Conversant, Inc. All rights reserved.

# TRAVEL CHANNEL - 320X50



© 2014, Conversant, Inc. All rights reserved.

CONVERSANT

# FOOD NETWORK – 300X250



CONVERSANT

# TODAY - 728X90



© 2014, Conversant, Inc. All rights reserved.

# HF Media LLC - Olive Oil Campaign
## AOL Screenshots
*February 28, 2017*



# 160x600




# 728x90




# 300x250





# Thank you!



YAHOO!

# HF MEDIA LLC

HF MEDIA | OLIVE OIL

FEB 27, 2017

COPYRIGHT © YAHOO 2016

1

# RON_OLIVE_OIL_PURCHASERS_US_300X250





# RON_OLIVE OIL PURCHASERS_US_728X90





# RON_OLIVE OIL PURCHASERS_US_160x600




# THANK YOU

COPYRIGHT © YAHOO 2016