# Exhibit C

**Class Action Notice**
March 20 at 5:32pm

Filippo Berio Olive Oil Purchasers
A Class Action With Cash Benefit May Affect You.



Filippo Berio Olive Oil Settlement

SNAOLIVEOILSETTLEMENT.COM

Learn More

Like   Comment   Share