# Exhibit D



# If you purchased Filippo Berio Olive Oil a class action settlement may affect your rights

NEWS PROVIDED BY
**Gutride Safier LLP** →
Feb 27, 2017, 09:17 ET

SAN FRANCISCO, Feb. 27, 2017 /PRNewswire/ -- The following statement is being issued by Gutride Safier LLP regarding the Filippo Berio Olive Oil Class Action Settlement.

**If you purchased Filippo Berio Olive Oil a class action settlement may affect your rights.**
A proposed class action settlement has been reached concerning Filippo Berio Olive Oil labeling practices.  The case is known as *Kumar v. Salov North America Corp.*, Case  No. 4:14-cv-02411-YGR (N.D. Cal.).

**What is this about?**
The lawsuit claims that Filippo Berio olive oil products were inappropriately labeled as "Imported from Italy" on the front label. As part of the settlement, defendant Salov North America Corp. has agreed to stop this labeling practice and provide payments for customers. The defendant denies any wrongdoing.

**Who is a class member?**
You are an eligible class member if you purchased, between May 23, 2010 and June 30, 2015, (in the United States, for personal use and not resale), any of the following Filippo Berio branded olive oil products: Robusto Extra Virgin Olive Oil, Extra Virgin Olive Oil, Delicato Extra Virgin Olive Oil, Organic Extra Virgin Olive Oil, Olive Oil, or Light Tasting Olive Oil.

**What are the benefits?**
Defendant will provide class members a payment of $0.50 per can or bottle purchased. A minimum of $2.00 will be paid to any class member who submits a valid claim. Class members can obtain payments for up to 10 purchases (up to $5.00 per household) *without* proof of purchase. Proof of purchase is required to obtain a payment of more than $5.00 per household (for more than 10 bottles or cans purchased).

**What are my rights?**
You have the right to make a claim, to object to the settlement, to exclude yourself from the litigation, or to do nothing. To receive a payment, you must submit a claim, either online or by mail to the administrator.  Your claim must be postmarked by May 2, 2017.  In the alternative, you may exclude yourself from the litigation. This is the only way to preserve your right to pursue a separate lawsuit against the defendant about the claims released by this settlement. You will receive no payment.  Your request for exclusion must be received by May 2, 2017.  Finally, you may object to the settlement.  To object, you must submit an objection in writing that complies with the requirements in the settlement notice available at www.SNAOliveOilSettlement.com.  Your objection must be received by May 2, 2017.  If you do nothing, you will receive no payment and have no right to sue later for the claims released by the settlement.

The Court will hold a Fairness Hearing in the U.S. District Court for the Northern District of California, 1304 Clay Street, Oakland, CA 94612, Courtroom 5, 2nd Floor, on May 30, 2017 at 2:00 p.m., to decide whether to approve the settlement and to award attorneys' fees and expenses of up to $982,500, to be paid by Defendant, and $2,500 for the Plaintiff, as a representative award.  The motion for fees and expenses will be posted on the website below after they are filed.  You may attend this hearing, but you don't have to.

Payments will be made to the Settlement Class only if the Court approves the settlement and all appeals are resolved.  Please be patient.

If the settlement does not become effective, the litigation will continue. Currently, the lawsuit is on behalf of purchasers in California. If you are not a purchaser in California, you have the same rights under the settlement as other class members.  You also have the right to make a claim or object now and exclude yourself from the litigation later, if the settlement does not become effective.

**For more information, please visit www.SNAOliveOilSettlement.com, or contact the claim administrator at 1-844-702-2783 or by writing to: Kumar v Salov, c/o Heffler Claims Group, P.O. Box 58476, Philadelphia, PA 19102-8476, or contact class counsel Gutride Safier LLP at www.gutridesafier.com.**

SOURCE Gutride Safier LLP

Related Links

http://www.gutridesafier.com

# If you purchased Filippo Berio Olive Oil a class action settlement may affect your rights

English   Story Number: SF17916   Clear Time Feb 27, 2017 9:17 AM ET

## Overview

| TOTAL PICKUP | 142 |
|---|---|
| Exact Match | **142** Postings |

| TOTAL POTENTIAL AUDIENCE | 88.1M |
|---|---|
| Exact Match | **88.1M** Visitors/Day |

## Total Pickup Over Time
Total pickup since your content was distributed



## Total Pickup by Source Type

## Total Pickup by Industry





- Newspaper (96/67.6%)
- News & Information Service (22/15.5%)
- Online News Sites & Other Influencers (8/5.6%)
- Blog (7/4.9%)
- Broadcast Media (2/1.4%)
- Other (7/4.9%)

- Media & Information (114/80.3%)
- Financial (16/11.3%)
- Retail & Consumer (5/3.5%)
- Policy & Public Interest (3/2.1%)
- Health (2/1.4%)
- Other (2/1.4%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **142** exact matches with a total potential audience of **88,113,294**.

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| YAHOO! FINANCE | Yahoo!<br>Online  View Release | Global | Portal | Media & Information | 76,000,231 visitors/day |
| MarketWatch | MarketWatch<br>Online  View Release | United States | News & Information Service | Financial | 608,836 visitors/day |
| YAHOO! FINANCE SINGAPORE | Yahoo! Singapore<br>Online  View Release | Singapore | Portal | Media & Information | 605,608 visitors/day |
| TheStreet.com | TheStreet.com<br>Online  View Release | United States | Trade Publications | Financial | 323,278 visitors/day |
| Seeking Alpha | Seeking Alpha<br>Online  View Release | United States | Online News Sites & Other Influencers | Financial | 313,817 visitors/day |
| ADVFN | ADVFN<br>Online  View Release | United States | Financial News Service | Financial | 241,103 visitors/day |

| Logo | Publication | Country | Type | Category | Visitors |
|---|---|---|---|---|---|
| azcentral | Arizona Republic - AZCentral.com [Phoenix, AZ]<br>Online  View Release | United States | Newspaper | Media & Information | 218,084 visitors/day |
| Wichita Business Journal | Wichita Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Washington Business Journal | Washington Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Minneapolis St. Paul Business Journal | Minneapolis / St. Paul Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Triangle Business Journal | Triangle Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| The Business Journal | Business Journal of the Greater Triad Area<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Tampa Bay Business Journal | Tampa Bay Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| St. Louis Business Journal | St. Louis Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| South Florida Business Journal | South Florida Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Puget Sound Business Journal | Puget Sound Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| San Jose Business Journal | San Jose Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| San Francisco Business Times | San Francisco Business Times<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| San Antonio Business Journal | San Antonio Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Sacramento Business Journal | Sacramento Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| bizjournals | Bizjournals.com, Inc.<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Portland Business Journal | Portland Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Pittsburgh Business Times | Pittsburgh Business Times<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| The Business Journal Phoenix | Business Journal of Phoenix<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| Philadelphia Business Journal | Philadelphia Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |

| | Name | Country | Type | Category | Visitors |
|---|---|---|---|---|---|
| | Pacific Business News<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Orlando Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | New York Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Nashville Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business Journal of Greater Milwaukee<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Memphis Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business First of Louisville<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Los Angeles Business from bizjournals<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Kansas City Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Jacksonville Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Houston Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Denver Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Dayton Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Dallas Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business First of Columbus<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Cincinnati Business Courier<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Chicago Business News [Chicago, IL]<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Charlotte Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |

| Logo | Outlet | Country | Type | Category | Visitors |
|---|---|---|---|---|---|
| | Business First of Buffalo<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Boston Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Birmingham Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Baltimore Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Austin Business Journal<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Atlanta Business Chronicle<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | New Mexico Business Weekly<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business Review (Albany)<br>Online  View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | PR Newswire<br>Online  View Release | United States | PR Newswire | Media & Information | 181,146 visitors/day |
| | Pittsburgh Post-Gazette [Pittsburgh, PA]<br>Online  View Release | United States | Newspaper | Media & Information | 138,094 visitors/day |
| | Milwaukee Journal Sentinel [Milwaukee, WI]<br>Online  View Release | United States | Newspaper | Media & Information | 132,953 visitors/day |
| | Buffalo News [Buffalo, NY]<br>Online  View Release | United States | Newspaper | Media & Information | 53,199 visitors/day |
| | WFMZ-TV IND-69 (Allentown, PA)<br>Online  View Release | United States | Broadcast Media | Media & Information | 43,673 visitors/day |
| | One News Page Global Edition<br>Online  View Release | Global | News & Information Service | Media & Information | 23,333 visitors/day |
| | Daily Herald [Chicago, IL]<br>Online  View Release | United States | Newspaper | Media & Information | 20,538 visitors/day |
| | Merrill Edge<br>Online  View Release | United States | News & Information Service | Financial | 20,419 visitors/day |
| | Ticker Technologies<br>Online  View Release | United States | News & Information Service | Financial | 18,007 visitors/day |
| | Press-Enterprise [Riverside, CA]<br>Online  View Release | United States | Newspaper | Media & Information | 9,216 visitors/day |
| | WRAL-TV CBS-5 [Raleigh, NC]<br>Online  View Release | United States | Broadcast Media | Media & Information | 5,841 visitors/day |

| | | | | | |
|---|---|---|---|---|---|
| | Townhall Finance<br>Online  View Release | United States | News & Information Service | Media & Information | 5,841 visitors/day |
| | Star Tribune [Minneapolis, MN]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | FinancialContent - PR Newswire<br>Online  View Release | United States | News & Information Service | Media & Information | 5,841 visitors/day |
| | The State [Columbia, SC]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Olympian [Olympia, WA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Sun Herald [Biloxi, MS]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Fort Worth Star-Telegram [Fort Worth, TX]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Tribune [San Luis Obispo, CA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | The Sacramento Bee [Sacramento, CA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | News Tribune [Tacoma, WA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | News & Observer [Raleigh, NC]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | The Sun News [Myrtle Beach, SC]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Miami Herald [Miami, FL]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Merced Sun-Star [Merced, CA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Telegraph-Macon [Macon, GA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Lexington Herald-Leader [Lexington, KY]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Kansas City Star [Kansas City, MO]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Wichita Eagle [Wichita, KS]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Island Packet [Bluffton, SC]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |

| | | | | | |
|---|---|---|---|---|---|
| | Fresno Bee [Fresno, CA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Charlotte Observer [Charlotte, NC]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Centre Daily Times [State College, PA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | The Bellingham Herald [Bellingham, WA]<br>Online  View Release | United States | News & Information Service | Media & Information | 5,841 visitors/day |
| | Belleville News-Democrat [Belleville, IL]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Rockford Register Star [Rockford, IL]<br>Online  View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Value Investing News<br>Online  View Release | United States | News & Information Service | Financial | 5,841 visitors/day |
| | 1st Discount Brokerage<br>Online  View Release | United States | News & Information Service | Financial | 5,841 visitors/day |
| | myMotherLode.com [Sonora, CA]<br>Online  View Release | United States | Newspaper | Media & Information | 5,374 visitors/day |
| | Company Spotlight<br>Online  View Release | United States | Online News Sites & Other Influencers | Media & Information | 3,065 visitors/day |
| | Equities.com<br>Online  View Release | United States | News & Information Service | Financial | 2,508 visitors/day |
| | Globe Advisor<br>Online  View Release | Canada | News & Information Service | Financial | |
| | CEO.CA<br>Online  View Release | Canada | Online News Sites & Other Influencers | Financial | |
| | 360WiseMedia<br>Online  View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | Our Good Life<br>Online  View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| | SiliconValleyGlobe.com<br>Online  View Release | United States | Blog | Media & Information | |
| | ProfitQuotes<br>Online  View Release | United States | News & Information Service | Financial | |
| | One News Page Unites States Edition<br>Online  View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | Maria Liberati<br>Online  View Release | United States | Blog | Retail & Consumer | |

| | Name | Country | Type | Category | |
|---|---|---|---|---|---|
| | feLIZfoodie  Online  View Release | United States | Blog | Retail & Consumer | |
| | Dreams in Heels  Online  View Release | United States | Blog | Retail & Consumer | |
| | Diabetic Foodie  Online  View Release | United States | Blog | Health | |
| | Crowdfunding Probate  Online  View Release | United States | News & Information Service | Policy & Public Interest | |
| | Crowdfunding Lawsuits  Online  View Release | United States | News & Information Service | Policy & Public Interest | |
| | StockNod  Online  View Release | United States | News & Information Service | Financial | |
| | EDGE Portland [Portland, OR]  Online  View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
| | NYCLA - New York County Lawyers' Association  Online  View Release | United States | News & Information Service | Policy & Public Interest | |
| | Money.ca  Online  View Release | Canada | News & Information Service | Financial | |
| | Pettinga Financial  Online  View Release | United States | News & Information Service | Financial | |
| | Manhattanweek  Online  View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | Wall Street Select  Online  View Release | United States | News & Information Service | Financial | |
| | IANS India  Online  View Release | India | News & Information Service | Media & Information | |
| | Frugal Novice  Online  View Release | United States | Blog | Retail & Consumer | |
| | Floral Park Dispatch  Online  View Release | United States | Newspaper | Media & Information | |
| | Caifornia Business Journal  Online  View Release | United States | Magazine | Media & Information | |
| | Wapakoneta Daily News [Wapakoneta, OH]  Online  View Release | United States | Newspaper | Media & Information | |
| | Valley City Times-Record [Valley City, ND]  Online  View Release | United States | Newspaper | Media & Information | |

| | Publication | Country | Type | Category | |
|---|---|---|---|---|---|
| | The Post and Mail [Columbia City, IN]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | The Pilot News [Plymouth, IN]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | The Evening Leader [St. Marys, OH]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | The Antlers American [Antlers, OK]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Sweetwater Reporter [Sweetwater, TX]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Starkville Daily News [Starkville, MS]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | The Daily Press [St. Marys, PA]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Ridgway Record [Ridgway, PA]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | The Punxsutawney Spirit [Punxsutawney, PA]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Poteau Daily News [Poteau, OK]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | The Observer News Enterprise [Newton, NC]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Minster Community Post [Minster, OH]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Mammoth Times [Mammoth Lakes, CA]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Malvern Daily Record [Malvern, AR]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | The Kane Republican [Kane, PA]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Inyo Register [Bishop, CA]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Decatur Daily Democrat [Decatur, IN]<br>Online  View Release | United States | Newspaper | Media & Information | |
| | Daily Times Leader [West Point, MS]<br>Online  View Release | United States | Newspaper | Media & Information | |

| | | | | | |
|---|---|---|---|---|---|
| | Big Spring Herald [Big Spring, TX]<br>Online   View Release | United States | Newspaper | Media & Information | |
| | The Saline Courier [Benton, AR]<br>Online   View Release | United States | Newspaper | Media & Information | |
| | The Morning News [Blackfoot, ID]<br>Online   View Release | United States | News & Information Service | Media & Information | |
| | AssignmentEditor.com<br>Online   View Release | Global | News & Information Service | Media & Information | |
| | A Rain of Thought<br>Online   View Release | United States | Blog | Entertainment | |
| | AngelaCARES<br>Online   View Release | United States | Online News Sites & Other Influencers | Health | |

## Twitter

Your release was mentioned in **0** tweets so far, with an estimated total audience of 0 followers.

About PR Newswire     Contact PR Newswire     PR Newswire's Terms of Use Apply     Careers     Privacy     Site Map
RSS Feeds     Blog

Copyright PR Newswire Association LLC. All Rights Reserved. © 2017
A Cision company.

PR Newswire's Terms of Use Apply