| HOME | FAQS | DOCUMENTS | CONTACT |

# Kumar v. Salov North America Corp. Class Action Settlement

United States District Court-Northern District of California – Oakland Div. Case No. 4:14-cv-02411-YGR

**If you purchased Filippo Berio Olive Oil in the United States, you may be entitled to a cash benefit as part of a proposed class action settlement.**

A lawsuit was brought against Salov North America Corp. relating to Filippo Berio Olive Oil. The lawsuit claims that Filippo Berio olive oil products were inappropriately labeled as "Imported from Italy" on the front label. As part of the settlement, defendant Salov North America Corp. has agreed to stop this labeling practice and provide payments for customers. The defendant denies any wrongdoing. The Court has certified the lawsuit as a class action for settlement purposes.

The Court has certified the lawsuit as a class action for settlement purposes. You are an eligible class member if you purchased, between May 23, 2010 and June 30, 2015, (in the United States, for personal use and not resale), any of the following Filippo Berio branded olive oil products: Robusto Extra Virgin Olive Oil, Extra Virgin, Olive Oil, Delicato Extra Virgin Olive Oil, Organic Extra Virgin Olive Oil, Olive Oil, or Light Tasting Olive Oil.

The proposed Settlement provides for payments to each eligible Class Member who submits a valid Claim Form by May 2, 2017

Your legal rights are affected whether you act or don't act. Please read the information here carefully.

**Your Legal Rights and Options:**

**Submit a Claim:** The only way to receive a payment under the Settlement is to submit a valid Claim Form on or before 05/2/2017. The Claim Form can be found on the site under "Submit Claim" or in the "Important Documents".

**Exclude Yourself:** You have the right to ask to be excluded from the Settlement. If you do so, you will not be entitled to any payment under the Settlement, but you may pursue your own lawsuit against Salov North America Corp. if you so choose.

**Object:** You have the right to tell the Court if you have an objection to the Settlement. You can do this only if you don't exclude yourself.

**Go To The Hearing:** You have the right to ask to speak in Court about the fairness of the Settlement. You can do this only if you don't exclude yourself and if you submit a written objection to the Settlement with the Court before the date of the hearing regarding final approval of the Settlement.

**Do Nothing:** If you do nothing, you will receive no payment and will give up your rights to assert any claims with respect to the issues raised in this case against Salov North America Corp.

This website is authorized by the Court, supervised by counsel and controlled by Heffler Claims Group, the Claim Administrator approved by the Court. This is the only authorized website for this case.

**Documents**

**Contact**

**Submit Claim**

**Submit Exclusion**

### Important Dates

**Exclusion Deadline.**
Tuesday, May 2, 2017

You must complete and mail your request for exclusion form so that it is postmarked no later than Tuesday, May 2, 2017.

**Objection Deadline.**
Tuesday, May 2, 2017

You must mail your objection(s) and/or notice of intent to appear at the Final Approval Hearing so that it/they are postmarked no later than Tuesday, May 2, 2017.

**Claim Form Deadline.**
Tuesday, May 2, 2017

You must submit your Claim Form on-line no later than Tuesday, Tuesday, May 2, 2017, or mail your completed paper Claim Form so that it is postmarked no later than Tuesday, May 2, 2017.

**Final Approval Hearing Date.**
Tuesday, May 30, 2017

The Final Approval Hearing is scheduled for Tuesday, May 30, 2017. Please check this website for updates.

### Important Documents

📄 Kumar v Salov Long Form Notice 2.28.17
(PDF: 193.0 kB)

📄 Preliminary Approval Order
(PDF: 1.5 MB)

📄 Operative Complaint
(PDF: 669.4 kB)

📄 Kumar vs Salov North America Corp (Olive Oil) Settlement Agreement
(PDF: 3.6 MB)

Copyright © 2017 Heffler Claims Group - All Rights Reserved. This site designed and developed by: Heffler Claims Group - Privacy Policy



| HOME | FAQS | DOCUMENTS | CONTACT |

# Kumar v. Salov North America Corp. Class Action Settlement Administrator

**You may contact us using the contact information below or by submitting this form.**

**Kumar v. Salov North America Corp. Class Action Settlement**
c/o Heffler Claims Group
P.O. Box 58476
Philadelphia, PA 19102-8476
1-844-702-2783

**PLEASE NOTE:** We will take every measure appropriate to ensure your comment/request and contact information is kept confidential.

* Fields marked with an asterisk are required.

## Contact Form

- First Name*
- Last Name*
- Address
- Address 2
- City
- State
- Zip Code
- Email*
- Daytime Phone Number
- Evening Phone Number
- Subject*
- Message*

Limited to 5000 characters

[Submit]

This website is authorized by the Court, supervised by counsel and controlled by Heffler Claims Group, the Claim Administrator approved by the Court. This is the only authorized website for this case.

### Sidebar

- Documents
- Contact
- Submit Claim
- Submit Exclusion

**Important Dates**

**Exclusion Deadline.**
Tuesday, May 2, 2017

You must complete and mail your request for exclusion form so that it is postmarked no later than Tuesday, May 2, 2017.

**Objection Deadline.**
Tuesday, May 2, 2017

You must mail your objection(s) and/or notice of intent to appear at the Final Approval Hearing so that it/they are postmarked no later than Tuesday, May 2, 2017.

**Claim Form Deadline.**
Tuesday, May 2, 2017

You must submit your Claim Form on-line no later than Tuesday, Tuesday, May 2, 2017, or mail your completed paper Claim Form so that it is postmarked no later than Tuesday, May 2, 2017.

**Final Approval Hearing Date.**
Tuesday, May 30, 2017

The Final Approval Hearing is scheduled for Tuesday, May 30, 2017. Please check this website for updates.

**Important Documents**

- Kumar v Salov Long Form Notice 2.28.17 (PDF: 193.0 kB)
- Preliminary Approval Order (PDF: 1.5 MB)
- Operative Complaint (PDF: 669.4 kB)
- Kumar vs Salov North America Corp (Olive Oil) Settlement Agreement (PDF: 3.6 MB)

Copyright © 2017 Heffler Claims Group - All Rights Reserved. This site designed and developed by, Heffler Claims Group - Privacy Policy

*http://www.snaoliveoilsettlement.com/home/documents/*

| HOME | FAQS | DOCUMENTS | CONTACT |

## Kumar v. Salov North America Corp. Class Action Settlement Documents

**Important Documents**

- Kumar v Salov Long Form Notice 2.28.17 (PDF: 193.0 kB)
- Preliminary Approval Order (PDF: 1.5 MB)
- Operative Complaint (PDF: 669.4 kB)
- Kumar vs Salov North America Corp (Olive Oil) Settlement Agreement (PDF: 3.6 MB)

**Having Trouble?**

Having trouble opening .pdf files? You can download Acrobat Reader for free from www.adobe.com.

This website is authorized by the Court, supervised by counsel and controlled by Heffler Claims Group, the Claim Administrator approved by the Court. This is the only authorized website for this case.

**Documents**

**Contact**

**Submit Claim**

**Submit Exclusion**

**Important Dates**

**Exclusion Deadline.**
**Tuesday, May 2, 2017**

You must complete and mail your request for exclusion form so that it is postmarked no later than Tuesday, May 2, 2017.

**Objection Deadline.**
**Tuesday, May 2, 2017**

You must mail your objection(s) and/or notice of intent to appear at the Final Approval Hearing so that it/they are postmarked no later than Tuesday, May 2, 2017.

**Claim Form Deadline.**
**Tuesday, May 2, 2017**

You must submit your Claim Form on-line no later than Tuesday, Tuesday, May 2, 2017, or mail your completed paper Claim Form so that it is postmarked no later than Tuesday, May 2, 2017.

**Final Approval Hearing Date.**
**Tuesday, May 30, 2017**

The Final Approval Hearing is scheduled for Tuesday, May 30, 2017. Please check this website for updates.

**Important Documents**

- Kumar v Salov Long Form Notice 2.28.17 (PDF: 193.0 kB)
- Preliminary Approval Order (PDF: 1.5 MB)
- Operative Complaint (PDF: 669.4 kB)
- Kumar vs Salov North America Corp (Olive Oil) Settlement Agreement (PDF: 3.6 MB)

Copyright © 2017 Heffler Claims Group - All Rights Reserved. This site designed and developed by. Heffler Claims Group • Privacy Policy

# Online Claim Form

Submit a claim for the Kumar v. Salov North America Corp. Class Action Settlement

**Documents**

**Contact**

**Submit Claim**

**Submit Exclusion**

### Instructions:

The information will not be disclosed to anyone other than the Court, the Claim Administrator, and the Parties in this case, and will be used only for purposes of administering this Settlement (such as to audit and review a claim for completeness, truth, and accuracy).

You can submit a claim for a cash payment under this Settlement if you are a natural person (not a business or entity) and, between May 23, 2010 and June 30, 2015, you purchased, in the United States, any covered Filippo Berio brand Olive Oil Product. The covered Filippo Berio Products are: Robusto Extra Virgin Olive Oil, Extra Virgin Olive Oil, Delicato Extra Virgin Olive Oil, Organic Extra Virgin Olive Oil, Olive Oil, and Light Tasting Olive Oil. Your purchase cannot have been made for purpose of resale.

If you submit a Valid Claim Form by **May 2, 2017** you will be eligible to receive a cash payment of fifty cents ($0.50) for each can or bottle of the Products your household purchased between May 23, 2010 and June 30, 2015. The payment per can or bottle is the same regardless of the size or the price you paid. Your payment will be subject to the following minimum and maximum payouts and limitations:

- If your claim is deemed valid, you will receive a minimum payment of $2.00. In other words, the payment will be the same if you purchased one (1) to four (4) cans or bottles of the Products.
- Proof of Purchase **is not required** to obtain payment for up to 10 cans or bottles of the Products purchased by your household (i.e., payment up to $5.00 per household).
- Proof of Purchase **is required** to obtain a payment of more than $5.00 per household (i.e., for more than 10 cans or bottles of the Products purchased by your household). Proof of Purchase means an itemized retail sales receipt or retail store club or loyalty card record showing, at a minimum, the purchase of a Product, the purchase price, and the date and place of the purchase.

All claims submitted from the same household shall be treated as a single claim.

Payments will be issued only if the Court approves the Settlement and the Effective Date of the Settlement occurs.

Submit your claim by completing the online form below. If you do not wish to submit the claim online, you can print and mail your Claim Form.

### General Information:

Your online claim form must be submitted by **May 2, 2017**.

* indicates required field.

**First Name:*** [First Name]
**Last Name:*** [Last Name]

**Email Address:** [Email]
(Recommended so we can contact you about the case if necessary.)

**Mailing Address:*** [Mailing Address]

**City:*** [City]
**State:*** [-- Select --]
**ZIP Code:*** [ZIP Code]

Please note that email is the only way to receive written notice if the settlement is terminated, or if your claim is denied with the reason(s) for the denial. It is also the only way to receive further notice of your rights to opt out of the litigation if you made your purchase in California and the settlement does not become effective. Providing your email address also will help the Claim Administrator contact you, including if your settlement payment is mailed and returned as undeliverable.

### Products Purchased:

I made the following purchases of Filippo Berio branded olive oil products in the United States between May 23, 2010 and June 30, 2015. These purchases were not for purpose of resale. If the Products had not included the phrase "Imported from Italy" on the label, I would not have made the purchase(s) or paid the price(s) charged.

| Approximate Month & Year Of Purchase:* | Store of Purchase (optional) | Number of Bottles or Cans Purchased* |
|---|---|---|
| - Month -   - Year - | | |

Add additional purchase

**Total** [          ]

### Certification:

I certify under penalty of perjury under the laws of the United States that all of the foregoing is true and correct.

[Type your name here]                                 [          ]
**Signature***                                        **Date***

[Next]

### Important Dates

**Exclusion Deadline.**
Tuesday, May 2, 2017

You must complete and mail your request for exclusion form so that it is postmarked no later than Tuesday, May 2, 2017.

**Objection Deadline.**
Tuesday, May 2, 2017

You must mail your objection(s) and/or notice of intent to appear at the Final Approval Hearing so that it/they are postmarked no later than Tuesday, May 2, 2017.

**Claim Form Deadline.**
Tuesday, May 2, 2017

You must submit your Claim Form on-line no later than Tuesday, Tuesday, May 2, 2017, or mail your completed paper Claim Form so that it is postmarked no later than Tuesday, May 2, 2017.

**Final Approval Hearing Date.**
Tuesday, May 30, 2017

The Final Approval Hearing is scheduled for Tuesday, May 30, 2017. Please check this website for updates.

### Important Documents

Kumar v Salov Long Form Notice 2.28.17
(PDF: 193.0 kB)

Preliminary Approval Order
(PDF: 1.5 MB)

Operative Complaint
(PDF: 669.4 kB)

Kumar vs Salov North America Corp (Olive Oil) Settlement Agreement
(PDF: 3.6 MB)

This website is authorized by the Court, supervised by counsel and controlled by Heffler Claims Group, the Claim Administrator approved by the Court. This is the only authorized website for this case.

Copyright © 2017 Heffler Claims Group - All Rights Reserved. This site designed and developed by. Heffler Claims Group - Privacy Policy

| HOME | FAQS | DOCUMENTS | CONTACT |

## Online Exclusion Form
Submit an exclusion for the Kumar v. Salov North America Corp. Class Action Settlement

### Exclusion Form

Complete the form below to exclude yourself from the case. If you do not wish to submit the exclusion form online, you can print and mail the Exclusion Form.

I WISH TO BE EXCLUDED FROM THE SETTLEMENT CLASS IN THE CASE OF KUMAR V SALOV NORTH AMERICA CORP (Olive Oil Settlement) CASE NO. 4:14-cv-02411-YGR. I UNDERSTAND THAT BY REQUESTING EXCLUSION FROM THE SETTLEMENT CLASS, I WILL NOT RECEIVE ANY SHARE OF THE SETTLEMENT BENEFITS. I confirm that I have reviewed written notice of the proposed settlement in this action. I have decided to exclude myself from the Settlement Class and not to participate in any portion of the proposed settlement.

**General Information:**

*\* indicates required field.*

**First Name:** *   [First Name]
**Last Name:** *   [Last Name]
**Mailing Address:** *   [Mailing Address]
**City:** *   [City]   **State:** *   [-- Select --]   **ZIP Code:** *   [ZIP Code]

I confirm that I have reviewed written notice of the proposed settlement in this action. I have decided to exclude myself from the Settlement Class and not to participate in any portion of the proposed settlement

**Signature** *   [Type your name here]
**Date** *

[Submit]

This website is authorized by the Court, supervised by counsel and controlled by Heffler Claims Group, the Claim Administrator approved by the Court. This is the only authorized website for this case.

### Documents
### Contact
### Submit Claim
### Submit Exclusion

**Important Dates**

**Exclusion Deadline.**
**Tuesday, May 2, 2017**

You must complete and mail your request for exclusion form so that it is postmarked no later than Tuesday, May 2, 2017.

**Objection Deadline.**
**Tuesday, May 2, 2017**

You must mail your objection(s) and/or notice of intent to appear at the Final Approval Hearing so that it/they are postmarked no later than Tuesday, May 2, 2017.

**Claim Form Deadline.**
**Tuesday, May 2, 2017**

You must submit your Claim Form on-line no later than Tuesday, Tuesday, May 2, 2017, or mail your completed paper Claim Form so that it is postmarked no later than Tuesday, May 2, 2017.

**Final Approval Hearing Date.**
**Tuesday, May 30, 2017**

The Final Approval Hearing is scheduled for Tuesday, May 30, 2017. Please check this website for updates.

**Important Documents**

Kumar v Salov Long Form Notice 2.28.17
(PDF: 193.0 kB)

Preliminary Approval Order
(PDF: 1.5 MB)

Operative Complaint
(PDF: 669.4 kB)

Kumar vs Salov North America Corp (Olive Oil) Settlement Agreement
(PDF: 3.6 MB)

Copyright © 2017 Heffler Claims Group - All Rights Reserved. This site designed and developed by: Heffler Claims Group - Privacy Policy