WILLIAM I. CHAMBERLAIN (SBN 306046)
COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Voice: 202-331-2255
Email: will.chamberlain@cei.org
Admitted only in California; supervision by members of the D.C. Bar.

*Attorney for Objector Theodore H. Frank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALOV NORTH AMERICA CORP., *et al.*,<br><br>Defendants,<br><hr>THEODORE H. FRANK,<br><br>Objector. | Case No. 4:14-cv-02411-YGR<br><br>**DECLARATION OF WILLIAM I. CHAMBERLAIN IN SUPPORT OF FRANK OBJECTION**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1<br>Date:       May 30, 2017<br>Time:      2:00 P.M. |

I, William I. Chamberlain, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently thereto.

2. I am an attorney with the Competitive Enterprise Institute.

3. On May 2nd, 2017, I visited the Kumar v. Salov North America Corp. Class Action Settlement website, located at http://www.snaoliveoilsettlement.com. I clicked on the link entitled "Submit Claim," and was taken to the Online Claim Form, located at http://secureforms.heffler.com/DynamicForms2/125/Form/f3a0b838-1b4f-480a-8359-5fee330cbff7. I used the print function on my web browser to and save the printout as a PDF file.

4. A true and accurate copy of this printout is attached as Exhibit 1.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2nd, 2017, in Washington, D.C.

_____

William I. Chamberlain

## PROOF OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Declaration using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 2nd day of May, 2017.

*/s/ William I. Chamberlain*

William I. Chamberlain

Pursuant to the Preliminary Approval Order (Dkt. 151) and the long-form notice to the class, I hereby certify that on this day I caused service of the forgoing on the following party by first class mail, postmarked as of this date:

> Kumar v. Salov Claim Administer
> c/o Heffler Claims Group
> P.O. Box 58476
> Philadelphia, PA 19102-8476

DATED this 2nd day of May, 2017.

*/s/William I. Chamberlain*
William I. Chamberlain

Case No. 4:14-cv-02411-YGR 2
DECLARATION OF WILLIAM I. CHAMBERLAIN IN SUPPORT OF FRANK OBJECTION