ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
KRISTEN G. SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.271.6469
Facsimile: 415.449.6469

HASSAN A. ZAVAREEI (State Bar No. 181547)
hzavareei@tzlegal.com
JEFFREY D. KALIEL (State Bar No. 238293)
jkaliel@tzlegal.com
ANDREW J. SILVER (*pro hac vice*)
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>SALOV NORTH AMERICA CORP.,<br><br>                    Defendant. | Case No. 4:14-cv-02411-YRG<br><br>Assigned to: Hon. Yvonne Gonzalez Rogers<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DUE DATE FOR REPLY BRIEFS IN SUPPORT OF FINAL APPROVAL** |

Plaintiff Rohini Kumar ("Plaintiff") and Defendant Salov North America Corp. ("Defendant") hereby stipulate as follows:

**WHEREAS**, on January 27, 2017, the Court issued an order preliminarily approving a class action settlement, and setting the following deadlines:

| | |
|---|---|
| Motion for Final Approval | April 11, 2017 |
| Objections to Final Approval | May 2, 2017 |
| Replies in Support of Final Approval and Response to Objections | May 9, 2017 |
| Declaration from Claim Administrator Re: Value of Claims | May 16, 2017 |
| Hearing on Final Approval | May 30, 2017 |

**WHEREAS,** the motion for final approval was timely filed on April 11.

**WHEREAS,** on May 2, 2017, two objections were filed, one of which is 25 pages long and includes an additional 25 pages of declarations.

**WHEREAS**, the Parties request additional time to address the objections.

**WHEREAS**, the Parties also wish to discuss in their reply briefs the claim administrator's testimony about the value of claims, and that declaration will not be filed until May 16.

**WHEREAS**, a one-week extension on the reply briefs, from May 9 to May 16, will still leave fourteen days between the filing of the briefs and the final approval hearing on May 30.

**WHEREAS**, the parties do not seek any change to the hearing date.

///
///
///
///
///
///

**NOW, THEREFORE, IT IS STIPULATED**, by and between the undersigned parties, though their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), and consistent with the Court's civility guidelines, that the due date for the Replies in Support of Final Approval and Response to Objections the Court be extended from May 9 to May 16, 2017.

Dated: May 3, 2017                                  SIDLEY AUSTIN LLP

By:/s/ Sean Commons
   Sean Commons
   Attorneys for Defendant
   SALOV NORTH AMERICA CORP., INC.

Dated: May 3, 2017                                  GUTRIDE SAFIER LLP

By:/s/ Adam Gutride
   Adam Gutride
   Attorneys for Plaintiff
   ROHINI KUMAR

ORDER

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED**

Dated: May 4, 2017                                  _____
                                                    THE HONORABLE YVONNE GONZALEZ ROGERS
                                                    UNITED STATES DISTRICT COURT