ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
KRISTEN G. SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.271.6469
Facsimile: 415.449.6469

HASSAN A. ZAVAREEI (State Bar No. 181547)
hzavareei@tzlegal.com
JEFFREY D. KALIEL (State Bar No. 238293)
jkaliel@tzlegal.com
ANDREW J. SILVER (*pro hac vice*)
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, individual, on behalf of herself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SALOV NORTH AMERICA CORPORATION,<br><br>Defendant. | CASE NO. 4:14-cv-02411-YGR<br><br>**NOTICE OF ERRATA RE SUPPLEMENTAL DECLARATION OF JEANNE C. FINEGAN (DKT. # 161-5)** |

**NOTICE OF ERRATA RE SUPPLEMENTAL DECLARATION OF JEANNE C. FINEGAN (DKT. # 161-5)**

1  Please take notice that Plaintiff hereby files this Notice of Errata with respect to the
2  Supplemental Declaration of Jeanne Finegan C. Finegan (dkt. # 161-5), filed May 16, 2017 in
3  support of Plaintiff's Motion for Final Approval. Exhibit A, the list of opt outs referenced in
4  Paragraph 3, was inadvertently omitted and is attached hereto.

Dated: June 5, 2017

Respectfully submitted,

**GUTRIDE SAFIER LLP**
 /s/ Adam J. Gutride
Adam J. Gutride (State Bar No. 181446)
Seth A. Safier (State Bar No. 197427)
Kristen G. Simplicio (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei (State Bar No. 181547)
Jeffrey D. Kaliel (State Bar No. 238293)
Andrew J. Silver (*admitted pro hac vice*)
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

# Exhibit A

## List of Opt-Outs

| FirstName | LastName | City | State |
|---|---|---|---|
| Teagan | Damrow | Park Falls | WI |
| Cynthia | Frizzell | Tacoma | WA |
| Les | Silber | Las Vegas | NV |
| Jennifer | Spring | Springhill | FL |
| Stephen | Spring | Springhill | FL |
| Dorothy | Daniel | Chicago | IL |
| Jermaine | Ford | Forrest City | AR |
| Cara | Knife | Troy | OH |
| Sinan | Tuzer | Philadelphia | PA |
| Heleb | Santucci | Brewster | NY |
| Vincent | Santucci | Brewster | NY |
| Gabriella | Campozano | Jamaica Plain | MA |
| Gab | Campozano-Hill | Boston | MA |
| Marion | Lecreux | West Orange | NJ |
| Janet | Garcia | Arvin | CA |
| Shirley | Staley | Long Branch | NJ |
| Vicki | Ehmke | Cassadaga | NY |
| Richard | Barnes | Roseville | CA |
| Deborah | Turner | Prescott | AZ |
| Willis | Johnson | Lithonia | GA |