**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROHINI KUMAR,** individually and on behalf of the general public and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**SALOV NORTH AMERICA CORP.**,<br><br>Defendants. | Case No.: 14-CV-2411- YGR<br><br>**JUDGMENT ENTERED PURSUANT TO CLASS ACTION SETTLEMENT** |

**IT IS ORDERED, ADJUDGED, AND DECREED** that, except as provided in the Court's Order Granting Final Approval of Class Settlement ("Order"), entered this date, this action is dismissed with prejudice and Kumar shall take nothing against Salov by her complaint.

There is no just reason for delay in the entry of this Judgment, and immediate entry by the Clerk of the Court is expressly directed.

**IT IS SO ORDERED.**

Dated: July 7, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**