WILLIAM I. CHAMBERLAIN (SBN 306046)
**COMPETITIVE ENTERPRISE INSTITUTE**
**CENTER FOR CLASS ACTION FAIRNESS**
1310 L Street NW, 7th Floor
Washington, DC 20005
Voice: 202-331-2255
Email: will.chamberlain@cei.org
Admitted only in California; supervision by members of the D.C. Bar.

*Attorney for Objector Theodore H. Frank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROHINI KUMAR, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALOV NORTH AMERICA CORP., *et al.*,<br><br>Defendants,<br><br>THEODORE H. FRANK,<br><br>Objector. | Case No. 4:14-cv-02411-YGR<br><br>**OBJECTOR'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

Notice is hereby given that class member Theodore H. Frank appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order entered on July 7, 2017 (Dkt. 173), and all opinions and orders that merge therein.

Objector-Appellant's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: July 11, 2017.  　　　　　　  */s/ William I. Chamberlain*
　　　　　　　　　　　　　　　　　　William I. Chamberlain (SBN 306046)
　　　　　　　　　　　　　　　　　　**COMPETITIVE ENTERPRISE INSTITUTE**
　　　　　　　　　　　　　　　　　　**CENTER FOR CLASS ACTION FAIRNESS**
　　　　　　　　　　　　　　　　　　1310 L Street NW
　　　　　　　　　　　　　　　　　　7th Floor
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Email: will.chamberlain@cei.org
　　　　　　　　　　　　　　　　　　Voice: 209-954-8042
　　　　　　　　　　　　　　　　　　Admitted only in California; supervision by members of the D.C. Bar.

　　　　　　　　　　　　　　　　　　*Attorney for Objector Theodore H. Frank*

## REPRESENTATION STATEMENT

The undersigned represents Objector-Appellant Theodore H. Frank and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Objector-Appellant submits this Representation Statement. The following list identifies the parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, fax number (where available), and e-mail, where appropriate.

Plaintiff-appellee Rohini Kumar is represented by:

| | |
|---|---|
| Seth Adam Safier<br>Gutride Safier LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>415-336-6545<br>Fax: 415-449-6469<br>Email: seth@gutridesafier.com | Adam Gutride<br>Gutride Safier LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>415-789-6390<br>Fax: 415-449-6469<br>Email: adam@gutridesafier.com |
| Kristen Gelinas Simplicio<br>Gutride Safier LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>415-789-7549<br>Email: Kristen@gutridesafier.com | Marie Ann McCrary<br>Gutride Safier LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>415-789-6390<br>Fax: 415-449-6469<br>Email: marie@gutridesafier.com |
| Andrew J. Silver<br>Tycko & Zavareei LLP<br>1828 L Street, N.W., Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>Fax: 202-973-0950<br>Email: asilver@tzlegal.com | Anna C. Haac<br>Tycko & Zavareei, LLP<br>1828 L Street, N.W., Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>Fax: 202-973-0950<br>Email: ahaac@tzlegal.com |
| Jeffrey Douglas Kaliel<br>Tycko & Zavareei, LLP<br>1828 L Street, N.W., Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>Fax: 202-973-0950<br>Email: jkaliel@tzlegal.com | |

Defendant-appellee Salov North America Corp. is represented by:

| | |
|---|---|
| Mark E. Haddad<br>Sidley Austin LLP<br>555 W. Fifth St, Suite 4000<br>Los Angeles, CA 90013<br>213-896-6000<br>Email: mhaddad@sidley.com | Sean Ashley Commons<br>Sidley Austin LLP<br>555 W. Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>213-896-6010<br>Fax: 213-896-6600<br>Email: scommons@sidley.com |
| Nitin Reddy<br>Sidley Austin LLP<br>555 W Fifth St, Suite 4000<br>Los Angeles, CA 90013<br>213-896-6000<br>Email: nreddy@sidley.com | Collin Partington Wedel<br>Sidley Austin LLP<br>555 W Fifth St, Suite 4000<br>Los Angeles, CA 90013<br>213-896-6649<br>Email: cwedel@sidley.com |

Dated: July 11, 2017.         /s/ *William I. Chamberlain*
William I. Chamberlain (SBN 306046)
**COMPETITIVE ENTERPRISE INSTITUTE**
**CENTER FOR CLASS ACTION FAIRNESS**
1310 L Street NW
7th Floor
Washington, DC 20005
Email: will.chamberlain@cei.org
Voice: 209-954-8042
Admitted only in California; supervision by members of the D.C. Bar.

*Attorney for Objector Theodore H. Frank*

## PROOF OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Notice of Appeal and Representation statement using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 11th day of July, 2017.

/s/ *William I. Chamberlain*

William I. Chamberlain