UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,

    Plaintiff-Appellee,

PAMELA SWEENEY,

    Objector-Appellant,

 v.

SALOV NORTH AMERICA CORP.,

    Defendant-Appellee.

No. 17-16621

D.C. No. 4:14-cv-02411-YGR
Northern District of California, Oakland

ORDER

Before: SCHROEDER, HAWKINS, and N.R. SMITH, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the August 10, 2017 notice of appeal was not filed within 30 days after the district court's judgment entered on July 7, 2017. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se