FILED

OCT 3 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROHINI KUMAR, an individual, on behalf of herself, the general public and those similarly situated,<br><br>　　　　Plaintiff-Appellee,<br><br> v.<br><br>SALOV NORTH AMERICA CORP.,<br><br>　　　　Defendant-Appellee,<br><br> v.<br><br>THEODORE H. FRANK,<br><br>　　　　Objector-Appellant. | No.　17-16405<br><br>D.C. No. 4:14-cv-02411-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: McKEOWN, W. FLETCHER, and GOULD, Circuit Judges.

　　Objector-Appellant Theodore H. Frank's motion to stay the mandate pending his petition for writ of certiorari is granted. Fed. R. App. P. 41(d)(2).